# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**NORIS BABB,**

    **Plaintiff,**

**v.**                                       **Case No: 8:20-cv-2825-T-35CPT**

**ROBERT WILKES, as Acting Secretary
of the Department of Veterans Affairs,**

    **Defendant.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__    IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                        Case No.: 8:14-cv-1732-T-33TBM_____

                        _____

                        _____

                        _____

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: December 22, 2020


_/s/ Joseph D. Magri_____
Joseph D. Magri
Merkle & Magri, P.A.
5601 Mariner St., Ste. 400
Tampa, FL 33609
813-281-9000