# EXHIBIT N

## Sigilai, Kiprono (ORM)

| | |
|---|---|
| **From:** | Angela Merkle <amerkle@merklemagri.com> |
| **Sent:** | Tuesday, March 07, 2017 12:58 PM |
| **To:** | Sigilai, Kiprono (ORM) |
| **Subject:** | RE: [EXTERNAL] Babb Agency Case 2804 |

They received AA to attend their own depositions and whether they received AA to attend other aspects of the case is a question that should be answered in full by the Agency.

Joseph D. Magri, Esquire
**MERKLE MAGRI & MEYTHALER, P.A.**
5601 Mariner St., Suite 400
Tampa, FL  33609
(813) 281-9000
(813) 281-2223

---

**From:** Sigilai, Kiprono (ORM) [mailto:Kiprono.Sigilai@va.gov]
**Sent:** Friday, March 03, 2017 10:52 AM
**To:** Angela Merkle; Joseph D. Magri
**Cc:** Babb, Noris
**Subject:** RE: [EXTERNAL] Babb Agency Case 2804

One response we need clarified for the record:

- For the people named in response to #7 of the Affidavit (Robert Stewart, Marjorie Howard, Keri Justice, Gary Wilson, Camaro West-lee, administrative person from HR), were these people granted authorized absence to attend their own depositions, or to attend the depositions of other people?

Please have Ms. Babb provide a response to the above by **Tuesday (3/7/17).** Response can be via e-mail reply to this message.

Thank you,

Kiprono S.


Kiprono Sigilai
EEO Investigator
Dept. of Veterans Affairs
Office of Resolution Management
Kiprono.sigilai@va.gov
ph: (202) 256-2018
fax: (412) 482-5213

---

**From:** Angela Merkle [mailto:amerkle@merklemagri.com]
**Sent:** Friday, March 03, 2017 6:56 AM
**To:** Sigilai, Kiprono (ORM)
**Subject:** [EXTERNAL] Babb Agency Case 2804

Mr. Sigilai:

# EXHIBIT O

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NORIS BABB,

        Plaintiff,

v.                                          Case No: 8:20-cv-02825-T-35CPT

DENIS MCDONOUGH, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

        Defendant.

_____/

**DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST**
**REQUESTS FOR ADMISSIONS TO DEFENDANT**

        COMES NOW, Defendant, Denis McDonough, Secretary, Department of

Veterans Affairs ("Defendant"), by and through the United States Attorney for the

Middle District of Florida, pursuant to Fed.R.Civ.P. 36, and in response to Plaintiff's

First Requests For Production of Documents, submits as follows:

### III. Specific Objections and Responses

4.    The plaintiffs in the following cases were given administrative absence or
official time to attend depositions during the federal court proceedings:

        a. *Cote, et al. v. Peake,* 8:07-cv-01524-T-30 TBM
           __ Admit __ Deny
Response: Defendant is without sufficient information or knowledge to admit
or deny.  It appears that Plaintiffs Gowski and Zachariah did receive authorized
absence to attend depositions on some occasions during the federal court proceedings.
It does not appear that Plaintiffs Bronner and Cote were given authorized absence to
attend depositions during the federal court proceedings, other than their own.

        b. *Patrick v. Shinseki,* 8:11-cv-00466-RAL-AEP
           __ Admit __ Deny

Response: Defendant is without sufficient information or knowledge to admit or deny.  The only deposition transcript in our possession is for a date for which Patrick did not receive AA.

      c. *Anderson v. Shinseki,* 8:11-cv-1507-T-17TGW
          __ Admit __ Deny
Response: Defendant is without sufficient information or knowledge to admit or deny.  Defendant's records did not include any AA taken by Anderson for dates of depositions that we have been able to identify by reviewing transcripts from summary judgment briefing.

      d. *Trimble v. Shinseki,* 8:13-cv-0548-T-35TBM
          _x_ Admit __ Deny

      e. *Tonkyro, et al. v. Shulkin,* 8:16-cv-2419-T-36AEP
          _x_ Admit __ Deny

      f. *Gainers-Hasugluw v. Shinseki,* 8:10-cv-2515-T-33TGW

          __ Admit _x_ Deny
Response: It does not appear that any depositions took place prior to settlement.

          Respectfully submitted,

          ROGER B. HANDBERG
          United States Attorney

      By:    */s/ Michael R. Kenneth*
          MICHAEL R. KENNETH
          Assistant United States Attorney
          Fla. Bar No. 0044341
          400 N. Tampa Street, Suite 3200
          Tampa, Florida  33602
          Telephone:   (813) 274-6000
          Facsimile:    (813) 274-6198
          E-mail: Michael.Kenneth@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2022, I served *Defendant's Supplemental*

*Responses to Plaintiff's First Requests for Admissions* by first class U.S. mail, postage

prepaid to:

        Joseph Magri, Esquire
        Merkle & Magri, P.A.
        5601 Mariner St.
        Suite 400
        Tampa, FL 33609
        jmagri@merklemagri.com

                                  */s/ Michael R. Kenneth*
                                  MICHAEL R. KENNETH
                                  Assistant United States Attorney

# EXHIBIT P

**LEAVE REQUESTS**
TRIMBLE, PAMELA J - T&L 601
From  1-Jan-13 to 31-Dec-15

09:30A 24-Dec-12 to 06:00P  1-Jan-13 40 hrs Annual Leave Approved
  al
  Requested: 17-Dec-12 12:19pm
09:30A  2-Jan-13 to 11:30A  2-Jan-13 2 hrs Annual Leave Approved
  vet
  Requested:  2-Jan-13 12:12pm
09:30A 18-Jan-13 to 10:00A 18-Jan-13 .5 hrs CompTime/CreditHrs Approved
  ADDY'S CT AT ACH
  Requested: 18-Jan-13  3:59pm
09:30A 22-Jan-13 to 06:00P 23-Jan-13 16 hrs Sick Leave Approved
  Requested: 30-Jan-13 11:30am
09:30A 24-Jan-13 to 06:00P 25-Jan-13 16 hrs Annual Leave Approved
  in lieu of sl
  Requested: 30-Jan-13 11:30am
09:30A 28-Jan-13 to 02:00P 28-Jan-13 4 hrs Sick Leave Approved
  Requested: 30-Jan-13 11:31am
02:00P 28-Jan-13 to 06:00P 29-Jan-13 12 hrs Annual Leave Approved
  in lieu of sl-pneumonia
  Requested: 30-Jan-13 11:33am
09:30A 11-Mar-13 to 06:00P 11-Mar-13 8 hrs Annual Leave Approved
  MAMO, DRS APPT
  Requested: 25-Feb-13  5:18pm
05:00P 15-Mar-13 to 06:00P 15-Mar-13 1 hrs Annual Leave Approved
  Requested: 15-Mar-13  4:48pm
04:30P  1-Apr-13 to 06:00P  1-Apr-13 1.5 hrs Annual Leave Approved
  Requested:  1-Apr-13  4:13pm
09:30A  8-Apr-13 to 01:30P 10-Apr-13 20 hrs Sick Leave Approved
  Requested: 11-Apr-13 10:15am
02:00P 10-Apr-13 to 06:00P 10-Apr-13 4 hrs Annual Leave Approved
  al in lieu of sl / GI virus
  Requested: 11-Apr-13 10:17am
05:00P 11-Apr-13 to 06:00P 11-Apr-13 1 hrs Annual Leave Approved
  Requested: 12-Apr-13  4:52pm
03:30P  2-May-13 to 06:00P  2-May-13 2.5 hrs Annual Leave Approved
  Requested:  2-May-13  3:12pm
09:30A  7-May-13 to 06:00P  7-May-13 8 hrs Annual Leave Approved
  Requested: 12-Apr-13  4:53pm
05:00P 17-May-13 to 06:00P 17-May-13 1 hrs Annual Leave Approved
  approved by Hal nsg supr
  Requested: 17-May-13  4:56pm
09:30A 20-May-13 to 06:00P 24-May-13 40 hrs Annual Leave Approved
  Requested: 15-May-13  6:17pm
09:30A 28-May-13 to 06:00P 28-May-13 8 hrs Sick Leave Approved
  BUG
  Requested: 29-May-13 10:13am
NOON  7-Jun-13 to 02:30P  7-Jun-13 2.5 hrs Annual Leave Approved
  eeo meeting rescheduled

VA-0572

Privacy Act Protected

Requested:  7-Jun-13  2:53pm
NOON 14-Jun-13 to 04:00P 14-Jun-13 4 hrs Authorized Absence Approved
  EEO interview in tampa
  Requested:  7-Jun-13  2:54pm
04:00P 14-Jun-13 to 06:00P 14-Jun-13 2 hrs Authorized Absence Approved
  Requested: 14-Jun-13 12:06pm
09:30A 17-Jun-13 to 06:00P 17-Jun-13 8 hrs Sick Leave Approved
  BS 51
  Requested: 18-Jun-13 12:37pm
05:30P 10-Jul-13 to 06:00P 10-Jul-13 .5 hrs CompTime/CreditHrs Approved
  Requested: 10-Jul-13  5:22pm
09:30A 22-Jul-13 to 06:00P 26-Jul-13 40 hrs Annual Leave Approved
  Requested: 19-Jul-13  3:21pm
09:30A 19-Aug-13 to 06:00P 19-Aug-13 8 hrs Sick Leave Approved
  Requested: 20-Aug-13  9:41am
09:30A 16-Sep-13 to 02:00P 18-Sep-13 20 hrs Sick Leave Approved
  gi bug
  Requested: 19-Sep-13 12:32pm
02:00P 18-Sep-13 to 06:00P 18-Sep-13 4 hrs Annual Leave Approved
  in lieu of sl
  Requested: 19-Sep-13 12:32pm
02:30P  8-Oct-13 to 06:00P  8-Oct-13 3.5 hrs Sick Leave Approved
  drs appt
  Requested:  9-Sep-13  4:13pm
09:30A 28-Oct-13 to 06:00P  1-Nov-13 40 hrs Annual Leave Approved
  al
  Requested: 21-Oct-13 12:17pm
03:00P  6-Nov-13 to 06:00P  6-Nov-13 3 hrs Sick Leave Approved
  Dr. Glamour
  Requested:  5-Sep-13  5:12pm
09:30A 14-Nov-13 to 06:00P 14-Nov-13 8 hrs Authorized Absence Approved
  VA Depositions
  Requested:  7-Nov-13  9:50am
09:30A 15-Nov-13 to 06:00P 15-Nov-13 8 hrs Sick Leave Approved
  Requested: 18-Nov-13 12:13pm
01:00P 25-Nov-13 to 06:00P 25-Nov-13 5 hrs Authorized Absence Disapproved
  meet with director
  Requested: 21-Nov-13 12:00pm
  Supr: not needed
01:00P 25-Nov-13 to 02:30P 25-Nov-13 1.5 hrs Authorized Absence Approved
  meeting with the director
  Requested: 26-Nov-13 10:05am
09:30A 29-Nov-13 to 06:00P 29-Nov-13 8 hrs Annual Leave Approved
  Requested: 26-Nov-13 11:07am
09:30A  2-Dec-13 to 06:00P  2-Dec-13 8 hrs Sick Leave Approved
  URI
  Requested:  3-Dec-13  1:16pm
09:30A 17-Dec-13 to 10:00A 17-Dec-13 .5 hrs Annual Leave Approved
  dead car battery
  Requested: 17-Dec-13 10:31am
05:00P 19-Dec-13 to 06:00P 19-Dec-13 1 hrs Annual Leave Approved
  Requested: 19-Dec-13  4:43pm
09:30A 20-Dec-13 to 06:00P 20-Dec-13 8 hrs Sick Leave Approved
  scopes scheduled
  Requested:  7-Nov-13  9:52am
09:00A 20-Dec-13 to 06:00P 20-Dec-13 8 hrs Annual Leave Approved
  in lieu of sl- GI scoping
  Requested: 16-Dec-13 12:22pm

VA-0573

Privacy Act Protected

04:00P 23-Dec-13 to 06:00P 23-Dec-13 2 hrs Annual Leave Approved
  Requested: 23-Dec-13  3:56pm
09:30A 24-Dec-13 to 06:00P 24-Dec-13 8 hrs Annual Leave Approved
  Requested: 16-Dec-13 12:21pm
03:00P 31-Dec-13 to 06:00P 31-Dec-13 3 hrs Annual Leave Approved
  Requested: 31-Dec-13  2:51pm
09:30A 13-Jan-14 to 01:30P 13-Jan-14 4 hrs Authorized Absence Approved
  meet with federal judge
  Requested:  9-Jan-14 12:54pm
02:00P 13-Jan-14 to 06:00P 13-Jan-14 4 hrs Family Care Approved
  daughter hospitalized its a boy!!!!!
  Requested: 21-Jan-14 12:16pm
09:30A 14-Jan-14 to 06:00P 14-Jan-14 8 hrs Authorized Absence Approved
  VA deposition
  Requested:  3-Jan-14 10:23am
09:30A 14-Jan-14 to 06:00P 14-Jan-14 8 hrs Sick Leave Approved
  Requested: 21-Jan-14 12:16pm
09:30A 29-Jan-14 to 06:00P 29-Jan-14 8 hrs Authorized Absence Approved
  DEPOSITION
  Requested: 30-Jan-14  9:40am
09:30A  3-Feb-14 to 06:00P  7-Feb-14 40 hrs Annual Leave Approved
  Requested: 23-Jan-14 12:37pm
09:30A 11-Feb-14 to 10:30A 11-Feb-14 1 hrs Annual Leave Approved
  family
  Requested: 11-Feb-14 12:09pm
09:30A 18-Feb-14 to 06:00P 18-Feb-14 8 hrs Sick Leave Approved
  Requested: 24-Feb-14 11:50am
09:30A 19-Feb-14 to 06:00P 20-Feb-14 16 hrs Authorized Absence Approved
  DEPOSITIONS
  Requested: 13-Feb-14  9:46am
09:30A 21-Feb-14 to 06:00P 21-Feb-14 8 hrs Authorized Absence Approved
  deposition
  Requested: 24-Feb-14 12:17pm
04:00P 28-Feb-14 to 06:00P 28-Feb-14 2 hrs Annual Leave Approved
  ASHLEY
  Requested: 28-Feb-14  3:14pm
10:30A  5-Mar-14 to 01:30P  5-Mar-14 3 hrs Authorized Absence Approved
  lawyers- WITT computer
  Requested:  5-Mar-14  2:21pm
09:30A  7-Mar-14 to 02:30P  7-Mar-14 5 hrs Authorized Absence Approved
  DEPOSITIONS
  Requested: 10-Mar-14  2:09pm
03:00P  7-Mar-14 to 06:00P  7-Mar-14 3 hrs Annual Leave Approved
  AFTER DEPOS
  Requested: 10-Mar-14  2:11pm
09:30A 24-Mar-14 to 11:00A 25-Mar-14 9.5 hrs Sick Leave Approved
  URI
  Requested: 27-Mar-14  9:40am
11:00A 25-Mar-14 to 11:30A 25-Mar-14 .5 hrs CompTime/CreditHrs Approved
  cu in lieu of sl
  Requested: 27-Mar-14  9:41am
11:00A 25-Mar-14 to 06:00P 26-Mar-14 14 hrs Annual Leave Approved
  al in lieu of sl
  Requested: 27-Mar-14  9:43am
09:30A 31-Mar-14 to 06:00P 31-Mar-14 8 hrs Authorized Absence Approved
  mediation
  Requested: 18-Mar-14  3:29pm
09:30A  3-Apr-14 to 10:00A  3-Apr-14 .5 hrs Annual Leave Approved

VA-0574

Privacy Act Protected

BS 52.
  Requested: 3-Apr-14  1:19pm
02:00P 11-Apr-14 to 06:00P 11-Apr-14 4 hrs Sick Leave Approved
  drs appt
  Requested: 8-Apr-14 12:07pm
09:30A 25-Apr-14 to 06:00P 25-Apr-14 8 hrs Authorized Absence Approved
  DEPOSITIONS/WITT INQUIRY
  Requested: 22-Apr-14  6:15pm
10:00A  2-May-14 to 06:00P  2-May-14 8 hrs Authorized Absence Approved
  WITT disclosures
  Requested: 29-Apr-14  4:30pm
10:00A  2-May-14 to NOON  2-May-14 2 hrs Authorized Absence Approved
  witt discovery
  Requested: 2-May-14  3:39pm
09:30A  5-May-14 to 06:00P  5-May-14 8 hrs Sick Leave Approved
  Requested: 7-May-14 10:49am
09:30A  6-May-14 to 01:30P  6-May-14 4 hrs Sick Leave Approved
  Requested: 7-May-14 10:53am
02:00P  6-May-14 to 06:00P  6-May-14 4 hrs Annual Leave Approved
  in lieu of sl
  Requested: 7-May-14 10:53am
04:30P 12-May-14 to 06:00P 12-May-14 1.5 hrs Annual Leave Approved
  dental appt
  Requested: 9-May-14  9:43am
09:30A 19-May-14 to 06:00P 23-May-14 40 hrs Annual Leave Approved
  Requested: 16-May-14 11:39am
09:30A 23-May-14 to 02:00P 23-May-14 4.5 hrs Authorized Absence Approved
  depositions
  Requested: 28-May-14  2:58pm
02:30P 23-May-14 to 06:00P 23-May-14 3.5 hrs Annual Leave Approved
  Requested: 28-May-14  3:28pm
09:30A 27-May-14 to 01:30P 27-May-14 4 hrs Authorized Absence Approved
  AA went for depos- Tampa cx
  Requested: 28-May-14  3:01pm
02:00P 27-May-14 to 04:00P 27-May-14 4 hrs Annual Leave Approved
  dentist
  Requested: 29-May-14  3:22pm
02:00P 27-May-14 to 06:00P 27-May-14 4 hrs Sick Leave Approved
  DENTIST
  Requested: 30-May-14  9:42am
09:30A  2-Jun-14 to 06:00P  2-Jun-14 8 hrs Authorized Absence Approved
  depositions
  Requested: 30-May-14 10:44am
09:30A  4-Jun-14 to 01:30P  4-Jun-14 4 hrs Sick Leave Approved
  sinus/gum infection
  Requested: 5-Jun-14 10:00am
02:00P  4-Jun-14 to 06:00P  4-Jun-14 4 hrs Annual Leave Approved
  in lieu of sl
  Requested: 5-Jun-14 10:00am
09:30A  7-Jul-14 to 06:00P 11-Jul-14 40 hrs Annual Leave Approved
  Requested: 1-Jul-14  1:25pm
04:15P  1-Aug-14 to 06:00P  1-Aug-14 1.75 hrs Annual Leave Approved
  Requested: 1-Aug-14  4:18pm
09:30A 11-Aug-14 to 06:00P 11-Aug-14 8 hrs Sick Leave Approved
  Requested: 12-Aug-14  3:49pm
09:30A  2-Sep-14 to 06:00P  3-Sep-14 16 hrs Sick Leave Approved
  Requested: 10-Sep-14  2:03pm
09:30A  4-Sep-14 to 06:00P  5-Sep-14 16 hrs Annual Leave Approved

VA-0575

Privacy Act Protected

IN LIEU OF SL.
 Requested: 10-Sep-14  2:04pm
09:30A  8-Sep-14 to 01:30P  8-Sep-14 4 hrs Sick Leave Approved
 Requested: 10-Sep-14  2:05pm
02:00P  8-Sep-14 to 06:00P  9-Sep-14 12 hrs Annual Leave Approved
 IN LIEU OF SL
 Requested: 10-Sep-14  2:08pm
09:30A 27-Oct-14 to 06:00P 31-Oct-14 40 hrs Annual Leave Approved
 e
 Requested: 20-Oct-14 11:51am
09:30A 17-Nov-14 to 06:00P 17-Nov-14 8 hrs Sick Leave Approved
 bug.
 Requested: 18-Nov-14  4:58pm
03:00P 28-Nov-14 to 06:00P 28-Nov-14 3 hrs Annual Leave Approved
 Requested: 28-Nov-14  2:50pm
09:30A  2-Dec-14 to 06:00P  3-Dec-14 16 hrs Sick Leave Approved
 flu
 Requested:  8-Dec-14 12:12pm
09:30A  4-Dec-14 to 06:00P  5-Dec-14 16 hrs Annual Leave Approved
 in lieu of sl
 Requested:  8-Dec-14 12:13pm
02:30P  5-Dec-14 to 06:00P  5-Dec-14 3.5 hrs Sick Leave Approved
 drs appt.
 Requested: 15-Oct-14 11:31am
05:00P 24-Dec-14 to 06:00P 24-Dec-14 1 hrs Annual Leave Approved
 early leave
 Requested: 24-Dec-14  3:30pm
09:30A  8-Jan-15 to 06:00P  8-Jan-15 8 hrs Authorized Absence Approved
 MEETING WITH FEDERAL JUDGE
 Requested:  7-Jan-15  9:42am
02:00P 12-Jan-15 to 06:00P 12-Jan-15 4 hrs Authorized Absence Approved
 Conference call with judge- Tampa.
 Requested: 12-Jan-15  1:08pm
01:00P 14-Jan-15 to 03:00P 14-Jan-15 2 hrs Authorized Absence Approved
 deposition
 Requested: 14-Jan-15  5:54pm
09:30A 16-Jan-15 to 06:00P 16-Jan-15 8 hrs Sick Leave Approved
 Requested: 20-Jan-15 11:26am
09:30A  5-Feb-15 to 06:00P  5-Feb-15 8 hrs Authorized Absence Approved
 depositions
 Requested:  3-Feb-15  9:39am
09:30A  5-Feb-15 to 03:30P  5-Feb-15 6 hrs Authorized Absence Approved
 deposition
 Requested:  5-Feb-15  5:53pm
09:30A 20-Feb-15 to 10:00A 20-Feb-15 .5 hrs Authorized Absence Approved
 phillips/lawyers
 Requested: 20-Feb-15 10:55am
12:30P 25-Feb-15 to 06:00P 25-Feb-15 5.5 hrs Authorized Absence Approved
 Conference with Judge
 Requested: 25-Feb-15 12:05pm
09:30A  5-Mar-15 to 12:30P  5-Mar-15 3 hrs Sick Leave Approved
 drs appt.
 Requested: 17-Feb-15  1:22pm
09:30A  5-Mar-15 to 02:45P  5-Mar-15 5.25 hrs Sick Leave Approved
 drs appt.
 Requested:  5-Mar-15  3:19pm
09:30A  6-Mar-15 to 06:00P  6-Mar-15 8 hrs Annual Leave Approved
 ultrsound and HIDA.

VA-0576

Privacy Act Protected

Requested:  5-Mar-15  3:24pm
09:30A 10-Mar-15 to 06:00P 11-Mar-15 16 hrs Annual Leave Approved
 al in lieu of sl
 Requested: 12-Mar-15 12:23pm
09:30A 13-Mar-15 to 01:00P 13-Mar-15 3.5 hrs Annual Leave Approved
 al in lieu of sl- MRI scan
 Requested: 12-Mar-15 12:24pm
09:30A 13-Mar-15 to 06:00P 13-Mar-15 8 hrs Annual Leave Approved
 al in lieu of SL, MRI
 Requested: 16-Mar-15 10:04am
09:30A  6-Apr-15 to 06:00P  6-Apr-15 8 hrs Sick Leave Approved
 Requested:  7-Apr-15 12:30pm
09:30A 24-Apr-15 to 06:00P 27-Apr-15 16 hrs Sick Leave Approved
 flu
 Requested: 28-Apr-15  9:53am
02:00P 28-Apr-15 to 06:00P 28-Apr-15 4 hrs Annual Leave Approved
 in lieu of SL
 Requested: 28-Apr-15  1:39pm
09:30A 29-Apr-15 to 06:00P 29-Apr-15 8 hrs Annual Leave Approved
 in lieu of sick leave
 Requested: 30-Apr-15  3:33pm
04:30P 15-May-15 to 06:00P 15-May-15 1.5 hrs Annual Leave Approved
 Requested: 15-May-15  4:36pm
09:30A 18-May-15 to 06:00P 22-May-15 40 hrs Annual Leave Approved
 Requested: 13-May-15 10:05am
09:30A  5-Jun-15 to 06:00P  5-Jun-15 8 hrs Sick Leave Approved
 Requested: 15-Jun-15 10:02am
09:30A  8-Jun-15 to 06:00P 12-Jun-15 40 hrs Authorized Absence Approved
 TRIAL
 Requested: 13-May-15 10:03am
02:30P 24-Jun-15 to 04:30P 24-Jun-15 2 hrs Sick Leave Approved
 drs appt.
 Requested: 24-Jun-15  6:19pm
09:30A 26-Jun-15 to 06:00P 26-Jun-15 8 hrs Sick Leave Approved
 Requested:  1-Jul-15  9:34am
09:30A 29-Jun-15 to 06:00P 30-Jun-15 16 hrs Annual Leave Approved
 in lieu of SL
 Requested:  1-Jul-15  9:35am
03:00P 24-Jul-15 to 06:00P 24-Jul-15 3 hrs Annual Leave Approved
 meet ac guy
 Requested: 24-Jul-15  2:15pm
09:30A 31-Jul-15 to 06:00P 31-Jul-15 8 hrs Sick Leave Approved
 gi bug
 Requested:  5-Aug-15 10:04am
09:30A  3-Aug-15 to 06:00P  4-Aug-15 16 hrs Annual Leave Approved
 in lieu of sl-gi bug
 Requested:  5-Aug-15 10:05am
05:30P 14-Aug-15 to 06:00P 14-Aug-15 .5 hrs Annual Leave Approved
 Requested: 14-Aug-15  5:28pm
09:30A 31-Aug-15 to 06:00P  4-Sep-15 40 hrs Annual Leave Approved
 Requested: 28-Aug-15 10:30am
04:00P 23-Sep-15 to 06:00P 23-Sep-15 2 hrs Sick Leave Approved
 doctors appt.
 Requested: 24-Sep-15 10:23am
09:30A 29-Sep-15 to 10:00A 29-Sep-15 .5 hrs Sick Leave Approved
 appt Glamour
 Requested: 30-Sep-15 12:56pm
09:30A  5-Oct-15 to 06:00P  5-Oct-15 8 hrs Sick Leave Approved

VA-0577

Privacy Act Protected

# EXHIBIT Q

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORIS BABB

       Plaintiff,

v.                                    Case No. 8:20-CV-2825-T-35CPT

DENIS MCDONOUGH, Secretary,
Department of Veterans Affairs,

       Defendant.

_____

## **DECLARATION OF TANYA B. BURTON**

Pursuant 28 U.S.C. § 1746, I, Tanya "T.B." Burton, a staff attorney at the Office of General Counsel for the Bay Pines VA Health Care System, declare under penalty of perjury as follows:

1. I was not agency counsel on *Cote, et al. v. Peake*, 8:07-cv-01524-T-30TBM.

2. I believe I was agency counsel on both of Roula Baroudi's cases.  I do not recall being aware of her leave status when she appeared at depositions.

3. I was agency counsel on *Kristine Body v. Shinseki*, 8:13-cv-1215-VMC-TGW.  I do not recall being aware of her leave status when she appeared at depositions.

4. I was agency counsel in *Trimble v. Shinseki,* 8:13-cv-00548-MSS-TBM.  I do not recall being aware of her leave status when she appeared at depositions.

5. I was agency counsel in *Mells v. Shinseki*, 8:13-cv-03214. I do not recall being aware of her leave status when she appeared at depositions.

6.  I was agency counsel in *Sly v. Wilkie*, 8:17-cv-1868-VMC-AAS.


 */s/ Tanya B. Burton*
Tanya B. Burton

# EXHIBIT R

```
          EMPLOYEE LEAVE PATTERN          DATE: 02/24/22
        from: JAN 01, 2012 to DEC 31, 2015
        All Leave Taken With Days Off
          for: BAROUDI,ROULA - 8201:2026
          T&L Unit: 212
```

| P/P | DAY | DATE | TYPE | FROM | TO | LENGTH | COMMENT |
|---|---|---|---|---|---|---|---|
| 12-01 | Mon | 01/02/12 | HX | | | 1 D | |
| | Mon | 01/09/12 | SL | | | 1 D | |
| | Tue | 01/10/12 | SL | | | 1 D | |
| | Thu | 01/12/12 | SL | | | 1 D | |
| | Fri | 01/13/12 | SL | | | 1 D | |
| 12-02 | Mon | 01/16/12 | HX | | | 1 D | |
| 12-04 | Mon | 02/20/12 | HX | | | 1 D | |
| 12-07 | Fri | 04/06/12 | SL | | | 1 D | |
| 12-08 | Mon | 04/09/12 | SL | | | 1 D | 8A-4:30P SL (8 hours) |
| 12-10 | Fri | 05/11/12 | AL | | | 1 D | |
| | Mon | 05/14/12 | AL | | | 1 D | |
| 12-11 | Mon | 05/28/12 | HX | | | 1 D | |
| 12-12 | Mon | 06/04/12 | SL | | | 1 D | |
| | Fri | 06/15/12 | AL | | | 1 D | |
| 12-13 | Mon | 06/18/12 | SL | | | 1 D | |
| | Fri | 06/22/12 | SL | | | 1 D | |
| | Thu | 06/28/12 | SL | | | 1 D | |
| | Fri | 06/29/12 | SL | | | 1 D | |
| 12-14 | Mon | 07/02/12 | SL | | | 1 D | |
| | Wed | 07/04/12 | HX | | | 1 D | |
| | Thu | 07/12/12 | SL | | | 1 D | |
| | Fri | 07/13/12 | SL | | | 1 D | |
| 12-15 | Mon | 07/16/12 | SL | | | 1 D | |
| | Tue | 07/17/12 | SL | | | 1 D | |
| | Wed | 07/18/12 | SL | | | 1 D | |
| | Thu | 07/19/12 | SL | | | 1 D | |
| | Fri | 07/20/12 | SL | | | 1 D | |
| | Wed | 07/25/12 | AL | | | 1 D | |
| | Thu | 07/26/12 | AL | | | 1 D | |
| 12-16 | Mon | 08/06/12 | SL | | | 1 D | |
| 12-17 | Fri | 08/17/12 | AL | | | 1 D | |
| | Mon | 08/20/12 | AL | | | 1 D | |
| 12-18 | Mon | 09/03/12 | HX | | | 1 D | |
| 12-21 | Mon | 10/08/12 | HX | | | 1 D | |
| 12-22 | Mon | 10/22/12 | SL | | | 1 D | |
| | Fri | 10/26/12 | AL | | | 1 D | |
| 12-23 | Mon | 11/12/12 | HX | | | 1 D | |
| 12-24 | Thu | 11/22/12 | HX | | | 1 D | |
| | Mon | 11/26/12 | SL | | | 1 D | |
| | Tue | 11/27/12 | SL | | | 1 D | |
| | Thu | 11/29/12 | SL | | | 1 D | |
| 12-26 | Thu | 12/20/12 | AA | | | 1 D | Legal obligations with BPV |
| | Mon | 12/24/12 | HX | | | 1 D | |
| | Tue | 12/25/12 | HX | | | 1 D | |
| | Fri | 12/28/12 | AA | | | 1 D | work related legal obligat |
| 12-27 | Tue | 01/01/13 | HX | | | 1 D | |
| | Fri | 01/11/13 | SL | | | 1 D | |
| 13-01 | Mon | 01/21/13 | HX | | | 1 D | |
| 13-02 | Thu | 01/31/13 | SL | | | 1 D | |
| | Fri | 02/01/13 | SL | | | 1 D | CALLED OUT SICK. |
| 13-03 | Mon | 02/11/13 | SL | | | 1 D | CALLED OUT SICK |

VA-0609

Privacy Act Protected

```
|  |Mon |02/18/13 |HX  |    |    |  1 D|                  |
|  |Tue |02/19/13 |AA  |    |    |  1 D|Legal obligation- morning |
|13-04 |Fri |03/01/13 |AA  |    |    |  1 D|Work related legal obligat|
|  |Wed |03/06/13 |SL  |    |    |  1 D|                  |
|13-05 |Fri |03/15/13 |SL  |    |    |  1 D|                  |
|13-08 |Mon |04/22/13 |SL  |    |    |  1 D|                  |
|  |Tue |04/23/13 |SL  |    |    |  1 D|                  |
|  |Wed |04/24/13 |SL  |    |    |  1 D|                  |
|13-10 |Mon |05/27/13 |HX  |    |    |  1 D|                  |
|13-12 |Mon |06/24/13 |SL  |    |    |  1 D|                  |
|  |Tue |06/25/13 |SL  |    |    |  1 D|                  |
|13-13 |Thu |07/04/13 |HX  |    |    |  1 D|                  |
|13-15 |Mon |08/05/13 |AL  |    |    |  1 D|                  |
|13-17 |Mon |08/26/13 |SL  |    |    |  1 D|                  |
|  |Fri |08/30/13 |AL  |    |    |  1 D|                  |
|  |Mon |09/02/13 |HX  |    |    |  1 D|                  |
|  |Tue |09/03/13 |AL  |    |    |  1 D|                  |
|13-19 |Thu |09/26/13 |SL  |    |    |  1 D|                  |
|  |Fri |09/27/13 |SL  |    |    |  1 D|                  |
|  |Tue |10/01/13 |SL  |    |    |  1 D|                  |
|  |Fri |10/04/13 |AL  |    |    |  1 D|                  |
|13-20 |Mon |10/14/13 |HX  |    |    |  1 D|                  |
|  |Thu |10/17/13 |SL  |    |    |  1 D|                  |
|  |Fri |10/18/13 |AL  |    |    |  1 D|                  |
|13-22 |Mon |11/11/13 |HX  |    |    |  1 D|                  |
|13-23 |Thu |11/28/13 |HX  |    |    |  1 D|                  |
|  |Fri |11/29/13 |AL  |    |    |  1 D|                  |
|13-24 |Fri |12/13/13 |SL  |    |    |  1 D|                  |
|13-25 |Wed |12/25/13 |HX  |    |    |  1 D|                  |
|  |Thu |12/26/13 |AL  |    |    |  1 D|                  |
|  |Fri |12/27/13 |AL  |    |    |  1 D|                  |
|13-26 |Mon |12/30/13 |AL  |    |    |  1 D|                  |
|  |Tue |12/31/13 |AL  |    |    |  1 D|                  |
|  |Wed |01/01/14 |HX  |    |    |  1 D|                  |
|  |Thu |01/02/14 |AL  |    |    |  1 D|                  |
|  |Fri |01/03/14 |AL  |    |    |  1 D|                  |
|  |Mon |01/06/14 |SL  |    |    |  1 D|                  |
|14-01 |Mon |01/13/14 |CB  |    |    |  1 D|DEATH IN FAMILY          |
|  |Tue |01/14/14 |CB  |    |    |  1 D|DEATH IN FAMILY          |
|  |Wed |01/15/14 |CB  |    |    |  1 D|Death in family        |
|  |Thu |01/16/14 |CB  |    |    |  1 D|death in family        |
|  |Fri |01/17/14 |CB  |    |    |  1 D|death in family        |
|  |Mon |01/20/14 |HX  |    |    |  1 D|                  |
|  |Tue |01/21/14 |AL  |    |    |  1 D|                  |
|  |Wed |01/22/14 |AL  |    |    |  1 D|                  |
|  |Thu |01/23/14 |AL  |    |    |  1 D|                  |
|  |Fri |01/24/14 |AL  |    |    |  1 D|                  |
|14-02 |Tue |01/28/14 |AA  |    |    |  1 D|Work related legal obligat|
|  |Wed |01/29/14 |AA  |    |    |  1 D|Work related legal obligat|
|  |Thu |02/06/14 |SL  |    |    |  1 D|                  |
|14-03 |Mon |02/17/14 |HX  |    |    |  1 D|                  |
|  |Thu |02/20/14 |SL  |    |    |  1 D|                  |
|  |Fri |02/21/14 |SL  |    |    |  1 D|                  |
|14-04 |Thu |02/27/14 |AL  |    |    |  1 D|                  |
|  |Mon |03/03/14 |SL  |    |    |  1 D|                  |
|14-06 |Thu |03/27/14 |AA  |    |    |  1 D|ID number; A673376 - Juror|
|14-07 |Tue |04/08/14 |SL  |    |    |  1 D|SICK OUT.                |
|  |Wed |04/09/14 |SL  |    |    |  1 D|                  |
|  |Wed |04/16/14 |SL  |    |    |  1 D|                  |
```

VA-0610

Privacy Act Protected

```
|    |Thu |04/17/14 |SL |    |    |  1 D|                |
|    |Fri |04/18/14 |SL |    |    |  1 D|                |
|14-08 |Mon |04/21/14 |SL |    |    |  1 D|              |
|    |Tue |04/22/14 |SL |    |    |  1 D|                |
|    |Wed |04/23/14 |SL |    |    |  1 D|                |
|    |Thu |04/24/14 |SL |    |    |  1 D|                |
|    |Fri |04/25/14 |SL |    |    |  1 D|                |
|    |Mon |04/28/14 |SL |    |    |  1 D|SICK OUT|       |
|    |Tue |04/29/14 |SL |    |    |  1 D|                |
|14-10 |Mon |05/26/14 |HX |    |    |    |  1 D|          |
|    |Fri |05/30/14 |AA |    |    |  1 D|Work related legal matter-|
|14-11 |Tue |06/03/14 |SL |    |    |    |  1 D|          |
|    |Wed |06/11/14 |SL |    |    |    |  1 D|           |
|    |Fri |06/13/14 |AL |    |    |  1 D|                |
|14-12 |Mon |06/16/14 |AA |    |    |    |  1 D|Speaker at International C|
|    |Tue |06/17/14 |AA |    |    |  1 D|Speaker at International C|
|    |Wed |06/18/14 |AA |    |    |  1 D|Speaker at International C|
|    |Thu |06/19/14 |AA |    |    |  1 D|Speaker at International C|
|    |Fri |06/20/14 |AA |    |    |  1 D|Speaker at International C|
|    |Mon |06/23/14 |SL |    |    |  1 D|                |
|14-13 |Fri |07/04/14 |HX |    |    |  1 D|               |
|14-15 |Fri |08/08/14 |AL |    |    |  1 D|               |
|14-16 |Mon |08/11/14 |AA |    |    |  1 D|Work related legal matter |
|14-17 |Fri |08/29/14 |AL |    |    |  1 D|               |
|    |Mon |09/01/14 |HX |    |    |  1 D|                |
|    |Tue |09/02/14 |AL |    |    |  1 D|                |
|14-20 |Fri |10/10/14 |SL |    |    |  1 D|               |
|    |Mon |10/13/14 |HX |    |    |  1 D|                |
|    |Tue |10/14/14 |SL |    |    |  1 D|                |
|14-21 |Fri |10/24/14 |AL |    |    |  1 D|               |
|    |Mon |10/27/14 |AL |    |    |  1 D|                |
|    |Tue |10/28/14 |AL |    |    |  1 D|                |
|14-22 |Mon |11/03/14 |SL |    |    |  1 D|               |
|    |Tue |11/04/14 |SL |    |    |  1 D|                |
|    |Wed |11/05/14 |SL |    |    |  1 D|                |
|    |Thu |11/06/14 |SL |    |    |  1 D|                |
|    |Fri |11/07/14 |SL |    |    |  1 D|                |
|    |Tue |11/11/14 |HX |    |    |  1 D|                |
|    |Wed |11/12/14 |SL |    |    |  1 D|                |
|    |Thu |11/13/14 |SL |    |    |  1 D|                |
|    |Fri |11/14/14 |SL |    |    |  1 D|to post sl       |
|14-23 |Thu |11/27/14 |HX |    |    |  1 D|               |
|14-24 |Tue |12/09/14 |SL |    |    |  1 D|               |
|14-25 |Thu |12/18/14 |AL |    |    |  1 D|               |
|    |Fri |12/19/14 |AL |    |    |  1 D|                |
|    |Thu |12/25/14 |HX |    |    |  1 D|                |
|    |Fri |12/26/14 |HX |    |    |  1 D|                |
|14-26 |Mon |12/29/14 |AL |    |    |  1 D|               |
|    |Tue |12/30/14 |AL |    |    |  1 D|                |
|    |Wed |12/31/14 |AL |    |    |  1 D|                |
|    |Thu |01/01/15 |HX |    |    |  1 D|                |
|    |Fri |01/02/15 |AL |    |    |  1 D|                |
|15-01 |Mon |01/19/15 |HX |    |    |  1 D|               |
|15-03 |Mon |02/16/15 |HX |    |    |  1 D|               |
|15-05 |Mon |03/09/15 |SL |    |    |  1 D|               |
|15-06 |Tue |03/31/15 |SL |    |    |  1 D|               |
|15-07 |Fri |04/17/15 |AA |    |    |  1 D|Legal matter, work related|
|15-08 |Mon |04/27/15 |SL |    |    |  1 D|               |
|15-10 |Mon |05/25/15 |HX |    |    |  1 D|               |
```

VA-0611

Privacy Act Protected

```
|15-11 |Fri |06/05/15 |AL |      |      | 1 D|                    |
|15-12 |Thu |06/25/15 |SL |      |      | 1 D|                    |
|      |Fri |06/26/15 |SL |      |      | 1 D|              |
|15-13 |Fri |07/03/15 |HX |      |      | 1 D|              |
|15-15 |Thu |07/30/15 |CB |      |      | 1 D| son sick         |
|15-16 |Fri |08/14/15 |AL |      |      | 1 D|              |
|      |Thu |08/20/15 |AL |      |      | 1 D|              |
|      |Fri |08/21/15 |AL |      |      | 1 D|              |
|15-17 |Mon |08/24/15 |AL |      |      | 1 D|              |
|      |Fri |09/04/15 |AL |      |      | 1 D|              |
|15-18 |Mon |09/07/15 |HX |      |      | 1 D|              |
|      |Tue |09/08/15 |AL |      |      | 1 D|              |
|      |Fri |09/11/15 |SL |      |      | 1 D|              |
|15-20 |Mon |10/05/15 |AL |      |      | 1 D|              |
|      |Tue |10/06/15 |SL |      |      | 1 D|              |
|      |Mon |10/12/15 |HX |      |      | 1 D|              |
|15-21 |Thu |10/22/15 |SL |      |      | 1 D|              |
|      |Fri |10/23/15 |SL |      |      | 1 D|              |
|15-22 |Mon |11/02/15 |AL |      |      | 1 D|              |
|      |Tue |11/03/15 |AL |      |      | 1 D|              |
|      |Wed |11/11/15 |HX |      |      | 1 D|              |
|15-23 |Thu |11/26/15 |HX |      |      | 1 D|              |
|      |Fri |11/27/15 |AL |      |      | 1 D|              |
|15-25 |Mon |12/14/15 |SL |      |      | 1 D|              |
|      |Tue |12/15/15 |SL |      |      | 1 D|              |
|      |Wed |12/16/15 |SL |      |      | 1 D|              |
|      |Fri |12/18/15 |AL |      |      | 1 D|              |
|      |Fri |12/25/15 |HX |      |      | 1 D|              |
|15-26 |Mon |12/28/15 |AL |      |      | 1 D|              |
|      |Tue |12/29/15 |AL |      |      | 1 D|              |
|      |Wed |12/30/15 |AL |      |      | 1 D|              |
|      |Thu |12/31/15 |AL |      |      | 1 D|              |
|      |Fri |01/01/16 |HX |      |      | 1 D|              |
|      |      |      |      |      |      |                    |
|      |      | TOTALS: Authorized Absence      15 D|        |
|      |      |      | Annual Leave      54 D|          |
|      |      |      | Family Care        6 D|          |
|      |      |      | Holiday Excuse    43 D|          |
|      |      |      | Sick Leave        84 D|          |
|------|----|--------|----|-------|-------|-------|---------------------------|
DHCP PAID REPORT L005              VA TIME & ATTENDANCE SYSTEM
```

Press Return/Enter to continue.

VA-0612

Privacy Act Protected

VA TIME & ATTENDANCE SYSTEM          Page 1
T&L 212 LEAVE REQUESTS

From 1-Jan-12 to 31-Dec-15

BAROUDI,ROULA                    3XX-XX-7218
08:00A 9-Jan-12 to 04:30P 10-Jan-12 2 days Sick Leave Approved
   Requested: 11-Jan-12 8:30am
08:00A 12-Jan-12 to 04:30P 13-Jan-12 2 days Sick Leave Approved
   Requested: 17-Jan-12 8:42am
08:00A 13-Jan-12 to 04:30P 13-Jan-12 1 days Annual Leave Approved
   Requested: 19-Dec-11 9:16am
08:00A 6-Apr-12 to 04:30P 6-Apr-12 1 days Sick Leave Approved
   Requested: 10-Apr-12 8:40am
08:00A 9-Apr-12 to 04:30P 9-Apr-12 1 days Sick Leave Approved
   Requested: 10-Apr-12 8:41am
08:00A 11-May-12 to 04:30P 11-May-12 1 days Annual Leave Approved
   Requested: 20-Jan-12 1:31pm
08:00A 14-May-12 to 04:30P 14-May-12 1 days Annual Leave Approved
   Requested: 20-Jan-12 1:31pm
08:00A 4-Jun-12 to 04:30P 4-Jun-12 1 days Sick Leave Approved
   Requested: 5-Jun-12 8:17am
08:00A 15-Jun-12 to 04:30P 15-Jun-12 1 days Annual Leave Approved
   Requested: 23-May-12 11:50am
08:00A 18-Jun-12 to 04:30P 18-Jun-12 1 days Sick Leave Approved
   Requested: 19-Jun-12 8:50am
08:00A 22-Jun-12 to 04:30P 22-Jun-12 1 days Sick Leave Approved
   Requested: 25-Jun-12 8:39am
08:00A 28-Jun-12 to 04:30P 29-Jun-12 2 days Sick Leave Approved
   Requested: 3-Jul-12 8:15am
08:00A 2-Jul-12 to 04:30P 2-Jul-12 1 days Sick Leave Approved
   Requested: 3-Jul-12 8:16am
08:00A 12-Jul-12 to 04:30P 13-Jul-12 2 days Sick Leave Approved
   Medical note submitted to Medicine office
   Requested: 23-Jul-12 2:25pm
08:00A 16-Jul-12 to 04:30P 20-Jul-12 5 days Sick Leave Approved
   Medical note was submitted to Medicine Office
   Requested: 23-Jul-12 2:26pm
08:00A 25-Jul-12 to 04:30P 26-Jul-12 2 days Annual Leave Approved
   Clinic schedule is taken care of already
   Requested: 3-Jul-12 9:25am
08:00A 6-Aug-12 to 04:30P 6-Aug-12 1 days Sick Leave Approved
   On job injury 8/3/12
   Requested: 7-Aug-12 8:29am
08:00A 17-Aug-12 to 04:30P 17-Aug-12 1 days Annual Leave Approved
   Requested: 3-Jul-12 9:26am
08:00A 20-Aug-12 to 04:30P 20-Aug-12 1 days Annual Leave Approved
   Requested: 8-Aug-12 8:59am
08:00A 22-Oct-12 to 04:30P 22-Oct-12 1 days Sick Leave Approved
   Requested: 23-Oct-12 8:18am
08:00A 26-Oct-12 to 04:30P 26-Oct-12 1 days Annual Leave Approved
   No clinic cancellation is needed.
   Requested: 21-Sep-12 1:22pm
08:00A 26-Nov-12 to 04:30P 27-Nov-12 2 days Sick Leave Approved
   Requested: 28-Nov-12 8:45am
08:00A 29-Nov-12 to 04:30P 29-Nov-12 1 days Sick Leave Approved
   Requested: 30-Nov-12 8:47am
08:00A 14-Dec-12 to 04:30P 14-Dec-12 1 days Authorized Absence Approved

VA-0613

Privacy Act Protected

# EXHIBIT S

```
            EMPLOYEE LEAVE PATTERN          DATE: 02/25/22
        from: JAN 01, 2014 to DEC 31, 2015
         All Leave Taken With Days Off
         for: MELLS,MARY J - DIRECTOR
              T&L Unit: 421
|-------|----|----------|----|-------|--------|--------|----------------------------|
|P/P  |DAY |DATE     |TYPE|FROM  |TO    |LENGTH |COMMENT                      |
|-------|----|----------|----|-------|--------|--------|----------------------------|
|13-26 |Wed |01/01/14 |HX  |08:00A |04:30P | 8.00 H|                            |
|      |Thu |01/02/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Mon |01/06/14 |SL  |12:30P |04:30P | 4.00 H|                            |
|      |Tue |01/07/14 |SL  |12:30P |04:30P | 4.00 H|                            |
|14-01 |Mon |01/20/14 |HX  |08:00A |04:30P | 8.00 H|                            |
|14-02 |Wed |02/05/14 |CU  |08:00A |10:00A | 2.00 H|                            |
|14-03 |Mon |02/17/14 |HX  |08:00A |04:30P | 8.00 H|                            |
|14-04 |Mon |03/03/14 |CU  |08:00A |04:30P | 8.00 H|                            |
|14-05 |Fri |03/14/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Mon |03/17/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|14-06 |Thu |03/27/14 |SL  |08:00A |04:30P | 8.00 H|                            |
|      |Thu |04/03/14 |AL  |12:30P |04:30P | 4.00 H|                            |
|      |Fri |04/04/14 |AL  |12:30P |04:30P | 4.00 H|                            |
|14-07 |Mon |04/07/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Tue |04/08/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|14-09 |Fri |05/16/14 |CU  |08:00A |04:30P | 8.00 H|                            |
|14-10 |Fri |05/23/14 |CU  |02:30P |04:30P | 2.00 H|                            |
|      |Mon |05/26/14 |HX  |08:00A |04:30P | 8.00 H|                            |
|      |Fri |05/30/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|14-11 |Mon |06/02/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Tue |06/03/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|14-13 |Thu |07/03/14 |CU  |08:00A |04:30P | 8.00 H|                            |
|      |Fri |07/04/14 |HX  |08:00A |04:30P | 8.00 H|                            |
|14-14 |Tue |07/15/14 |CU  |08:00A |NOON   | 4.00 H|                            |
|      |    |         |SL  |12:30P |04:30P | 4.00 H|                            |
|14-15 |Tue |08/05/14 |SL  |08:00A |04:30P | 8.00 H|                            |
|      |Thu |08/07/14 |CU  |08:00A |04:30P | 8.00 H|                            |
|      |Fri |08/08/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|14-16 |Mon |08/11/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|14-17 |Tue |08/26/14 |SL  |03:15P |04:30P | 1.25 H|                            |
|      |Mon |09/01/14 |HX  |08:00A |04:30P | 8.00 H|                            |
|      |Thu |09/04/14 |AA  |08:00A |04:30P | 8.00 H|AA for EEO Case Court Depo|
|      |Fri |09/05/14 |CU  |08:00A |04:30P | 8.00 H|                            |
|14-18 |Mon |09/08/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Tue |09/09/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Wed |09/10/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Thu |09/11/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Fri |09/12/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Mon |09/15/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Fri |09/19/14 |CU  |08:00A |04:30P | 8.00 H|                            |
|14-19 |Tue |09/30/14 |SL  |08:00A |04:30P | 8.00 H|                            |
|      |Wed |10/01/14 |SL  |08:00A |04:30P | 8.00 H|                            |
|14-20 |Fri |10/10/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Mon |10/13/14 |HX  |08:00A |04:30P | 8.00 H|                            |
|      |Tue |10/14/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|      |Wed |10/15/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|14-21 |Mon |10/20/14 |AL  |08:00A |04:30P | 8.00 H|                            |
|14-22 |Thu |11/06/14 |CU  |08:00A |10:00A | 2.00 H|(2) hours CT used & (2) ho|
|      |Fri |11/07/14 |CU  |08:00A |10:00A | 2.00 H|used (2) hours of CT       |
|      |Tue |11/11/14 |HX  |08:00A |04:30P | 8.00 H|                            |
|14-23 |Tue |11/18/14 |CU  |08:00A |04:30P | 8.00 H|(8) hours of CT used       |
```

Privacy Act Protected

```
|    |Wed |11/26/14 |AL  |08:00A |04:30P |  8.00 H|                    |
|    |Thu |11/27/14 |HX  |08:00A |04:30P |  8.00 H|                    |
|14-24 |Fri |12/12/14 |AL  |08:00A |04:30P |  8.00 H|                  |
|14-25 |Tue |12/16/14 |SL  |08:00A |09:30A |  1.50 H|                  |
|    |Tue |12/23/14 |CU  |08:00A |04:30P |  8.00 H|(8) hours CT used   |
|    |Wed |12/24/14 |SL  |08:00A |04:30P |  8.00 H|                    |
|    |Thu |12/25/14 |HX  |08:00A |04:30P |  8.00 H|                    |
|    |Fri |12/26/14 |HX  |08:00A |04:30P |  8.00 H|                    |
|14-26 |Thu |01/01/15 |HX  |08:00A |04:30P |  8.00 H|                  |
|    |Fri |01/02/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|15-01 |Tue |01/13/15 |SL  |03:30P |04:30P |  1.00 H|                  |
|    |Mon |01/19/15 |HX  |08:00A |04:30P |  8.00 H|                    |
|    |Fri |01/23/15 |SL  |08:00A |NOON  |  4.00 H|4 hours CT used      |
|    |    |    |CU  |12:30P |04:30P |  4.00 H|4 hours CT used         |
|15-02 |Fri |01/30/15 |CU  |12:30P |04:30P |  4.00 H|4 hour CT used       |
|    |Mon |02/02/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|15-03 |Mon |02/16/15 |HX  |08:00A |04:30P |  8.00 H|                  |
|    |Wed |02/18/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|    |Thu |02/19/15 |AA  |08:00A |04:30P |  8.00 H|State Attorney's office fo|
|15-05 |Fri |03/13/15 |CU  |12:30P |04:30P |  4.00 H|4 hrs CT used        |
|    |Mon |03/16/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|    |Thu |03/19/15 |CU  |12:30P |04:30P |  4.00 H|4 Hr. CT used         |
|    |Fri |03/20/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|15-06 |Mon |03/23/15 |AL  |08:00A |04:30P |  8.00 H|                  |
|    |Tue |03/24/15 |CU  |08:00A |04:30P |  8.00 H|employee used (8) hours CT|
|    |Mon |03/30/15 |SL  |08:00A |09:00A |  1.00 H|                    |
|15-07 |Fri |04/17/15 |SL  |02:30P |04:30P |  2.00 H|                  |
|15-09 |Wed |05/13/15 |SL  |08:00A |04:30P |  8.00 H|                  |
|15-10 |Mon |05/25/15 |HX  |08:00A |04:30P |  8.00 H|                  |
|    |Tue |05/26/15 |SL  |08:00A |04:30P |  8.00 H|                    |
|    |Wed |05/27/15 |SL  |08:00A |04:30P |  8.00 H|                    |
|    |Thu |05/28/15 |SL  |08:00A |04:30P |  8.00 H|                    |
|    |Fri |05/29/15 |SL  |08:00A |04:30P |  8.00 H|                    |
|15-11 |Mon |06/01/15 |CU  |08:00A |10:30A |  2.50 H|2.5 hours CT used    |
|    |Mon |06/08/15 |CU  |08:00A |04:30P |  8.00 H|employee used (8) hours CT|
|15-12 |Wed |06/17/15 |SL  |03:00P |04:30P |  1.50 H|                  |
|15-13 |Wed |07/01/15 |CU  |NOON  |01:30P |  1.50 H|1.5 CT hours used     |
|    |Fri |07/03/15 |HX  |08:00A |04:30P |  8.00 H|                    |
|    |Mon |07/06/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|    |Tue |07/07/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|    |Wed |07/08/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|    |Thu |07/09/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|    |Fri |07/10/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|15-14 |Mon |07/20/15 |CU  |08:00A |04:30P |  8.00 H|empoloyee used (8) hours CT|
|15-15 |Wed |08/05/15 |AL  |08:00A |04:30P |  8.00 H|                  |
|    |Thu |08/06/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|    |Fri |08/07/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|15-16 |Mon |08/10/15 |AL  |08:00A |04:30P |  8.00 H|                  |
|    |Fri |08/21/15 |CU  |08:00A |04:30P |  8.00 H|                    |
|15-17 |Mon |08/31/15 |CU  |08:00A |04:30P |  8.00 H|employee used 8 hours CT |
|15-18 |Mon |09/07/15 |HX  |08:00A |04:30P |  8.00 H|                  |
|    |Tue |09/08/15 |AL  |08:00A |04:30P |  8.00 H|                    |
|    |Mon |09/14/15 |CU  |08:00A |04:30P |  8.00 H|                    |
|    |Wed |09/16/15 |CU  |08:00A |04:30P |  8.00 H|                    |
|    |Fri |09/18/15 |SL  |08:00A |04:30P |  8.00 H|                    |
|15-19 |Mon |09/21/15 |SL  |08:00A |04:30P |  8.00 H|                  |
|    |Tue |09/22/15 |SL  |08:00A |04:30P |  8.00 H|                    |
|    |Fri |10/02/15 |CU  |08:00A |04:30P |  8.00 H|                    |
|15-20 |Fri |10/09/15 |CU  |08:00A |04:30P |  8.00 H|employee use 8 hours CT  |
```

VA-0619

Privacy Act Protected

# EXHIBIT T

```
        EMPLOYEE LEAVE PATTERN        DATE: 02/24/22
     from: JAN 01, 2013 to DEC 31, 2014
     All Leave Taken With Days Off
     for: BODY,KRISTINE D - PATHOLOGY &
        T&L Unit: 231
|------|----|----------|----|--------|--------|---------|--------------------------|
|P/P |DAY |DATE    |TYPE|FROM  |TO   |LENGTH |COMMENT              |
|------|----|----------|----|--------|--------|---------|--------------------------|
|12-27 |Tue |01/01/13 |HX |07:00A |03:30P |  8.00 H|                |
|    |Wed |01/02/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Thu |01/03/13 |AL |07:00A |08:30A |  1.50 H|Employee Attended Director|
|   |  |     |AL |11:00A |03:30P |  4.50 H|Employee Attended Director|
|    |Wed |01/09/13 |SL |07:00A |10:30A |  3.50 H|                |
|13-01 |Tue |01/22/13 |AL |03:15P |03:30P |  0.25 H|                |
|13-02 |Mon |02/04/13 |SL |07:00A |03:30P |  8.00 H|                |
|13-03 |Mon |02/18/13 |HX |07:00A |03:30P |  8.00 H|                |
|    |Wed |02/20/13 |AA |07:00A |03:30P |  8.00 H|LEE COUNTY CLINIC    |
|13-04 |Fri |03/01/13 |SL |07:00A |11:00A |  4.00 H|                |
|13-05 |Wed |03/13/13 |AL |07:00A |12:30P |  5.50 H|EEO/EEO Dep.        |
|   |  |     |AA |01:00P |03:30P |  2.50 H|EEO/EEO Dep.        |
|13-06 |Mon |03/25/13 |AL |07:00A |09:30A |  2.50 H|EEO - AA/OT-2 Hours   |
|   |  |     |AA |10:00A |03:30P |  5.50 H|EEO - AA/OT-2 Hours   |
|13-07 |Mon |04/08/13 |SL |02:00P |03:30P |  1.50 H|                |
|    |Wed |04/10/13 |TV |07:00A |03:30P |  8.00 H|Trvl Order# F516T30003040 |
|13-08 |Mon |04/22/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Wed |04/24/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Thu |04/25/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Fri |04/26/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Mon |04/29/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Tue |04/30/13 |AL |07:00A |03:30P |  8.00 H|                |
|13-09 |Mon |05/06/13 |AL |07:00A |11:00A |  4.00 H|EEO             |
|   |  |     |AL |11:00A |11:30A |  0.50 H|EEO             |
|   |  |     |AA |NOON  |03:30P |  3.50 H|EEO             |
|13-10 |Mon |05/27/13 |HX |07:00A |03:30P |  8.00 H|                |
|    |Tue |05/28/13 |SL |07:00A |03:30P |  8.00 H|                |
|13-11 |Mon |06/03/13 |SL |01:00P |03:30P |  2.50 H|                |
|    |Thu |06/06/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Fri |06/07/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Mon |06/10/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Tue |06/11/13 |AL |07:00A |03:30P |  8.00 H|                |
|13-12 |Mon |06/17/13 |SL |03:00P |03:30P |  0.50 H|                |
|    |Thu |06/27/13 |CU |07:00A |10:00A |  3.00 H|Used time from CT earned o|
|13-13 |Thu |07/04/13 |HX |07:00A |03:30P |  8.00 H|                |
|    |Mon |07/08/13 |SL |07:00A |03:30P |  8.00 H|                |
|13-14 |Wed |07/17/13 |TV |07:00A |03:30P |  8.00 H|Travel To Lee County/Order|
|13-15 |Mon |08/05/13 |SL |07:00A |03:30P |  8.00 H|                |
|    |Wed |08/07/13 |TV |07:00A |03:30P |  8.00 H|Travel Order#516T300003962|
|    |Thu |08/08/13 |TV |07:00A |03:30P |  8.00 H|Travel Order#516T300003962|
|13-17 |Mon |08/26/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Wed |08/28/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Thu |08/29/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Mon |09/02/13 |HX |07:00A |03:30P |  8.00 H|                |
|13-19 |Mon |09/30/13 |SL |07:00A |03:30P |  8.00 H|                |
|13-20 |Mon |10/14/13 |HX |07:00A |03:30P |  8.00 H|                |
|13-21 |Wed |10/23/13 |SL |01:30P |03:30P |  2.00 H|                |
|    |Fri |10/25/13 |SL |12:30P |03:30P |  3.00 H|                |
|    |Thu |10/31/13 |AA |01:30P |03:30P |  2.00 H|EAP             |
|13-22 |Wed |11/06/13 |AL |07:00A |03:30P |  8.00 H|                |
|    |Thu |11/07/13 |AL |07:00A |03:30P |  8.00 H|                |
```

VA-0625

Privacy Act Protected

```
|    |Fri |11/08/13 |AL  |07:00A |03:30P |  8.00 H|              |
|    |Mon |11/11/13 |HX  |07:00A |03:30P |  8.00 H|            |
|    |Tue |11/12/13 |SL  |07:00A |03:30P |  8.00 H|          |
|13-23 |Thu |11/28/13 |HX  |07:00A |03:30P |  8.00 H|        |
|13-24 |Mon |12/02/13 |AA  |02:30P |03:30P |  1.00 H|EAP         |
|    |Fri |12/06/13 |SL  |07:00A |03:30P |  8.00 H|        |
|13-25 |Mon |12/16/13 |SL  |09:15A |03:30P |  6.25 H|         |
|    |Tue |12/24/13 |AL  |07:00A |11:00A |  4.00 H|         |
|13-26 |Mon |01/06/14 |SL  |07:00A |03:30P |  8.00 H|        |
|    |Wed |01/08/14 |SL  |07:00A |03:30P |  8.00 H|       |
|14-01 |Fri |01/17/14 |SL  |10:00A |03:30P |  5.50 H|       |
|    |Mon |01/20/14 |HX  |07:00A |03:30P |  8.00 H|       |
|14-02 |Mon |01/27/14 |AL  |07:00A |03:30P |  8.00 H|       |
|    |Wed |01/29/14 |AL  |07:00A |03:30P |  8.00 H|       |
|    |Thu |01/30/14 |AL  |07:00A |03:30P |  8.00 H|       |
|    |Fri |01/31/14 |AL  |07:00A |03:30P |  8.00 H|       |
|14-03 |Mon |02/17/14 |HX  |07:00A |03:30P |  8.00 H|        |
|    |Thu |02/20/14 |SL  |11:00A |NOON   |  1.00 H|       |
|14-04 |Mon |02/24/14 |SL  |07:00A |03:30P |  8.00 H|        |
|    |Fri |02/28/14 |SL  |11:00A |NOON   |  1.00 H|          |
|14-06 |Fri |03/28/14 |AL  |07:00A |08:00A |  1.00 H|Court Date       |
|    |    |    |AA  |08:00A |02:00P |  6.00 H|Court Date       |
|    |    |    |AL  |02:30P |03:30P |  1.00 H|Court Date       |
|14-07 |Mon |04/07/14 |AL  |07:00A |03:30P |  8.00 H|        |
|    |Wed |04/09/14 |AL  |07:00A |03:30P |  8.00 H|       |
|    |Thu |04/10/14 |AL  |07:00A |03:30P |  8.00 H|       |
|    |Fri |04/11/14 |AL  |07:00A |03:30P |  8.00 H|       |
|    |Mon |04/14/14 |AL  |07:00A |03:30P |  8.00 H|       |
|    |Tue |04/15/14 |AL  |07:00A |03:30P |  8.00 H|       |
|14-09 |Mon |05/05/14 |SL  |07:00A |03:30P |  8.00 H|        |
|14-10 |Mon |05/26/14 |HX  |07:00A |03:30P |  8.00 H|        |
|    |Tue |05/27/14 |SL  |07:00A |03:30P |  8.00 H|         |
|14-12 |Mon |06/16/14 |AL  |07:00A |03:30P |  8.00 H|        |
|14-13 |Mon |06/30/14 |AL  |07:00A |03:30P |  8.00 H|        |
|    |Fri |07/04/14 |HX  |07:00A |03:30P |  8.00 H|        |
|14-14 |Mon |07/21/14 |SL  |07:00A |03:30P |  8.00 H|Called in        |
|14-15 |Tue |08/05/14 |SL  |07:00A |03:30P |  8.00 H|         |
|    |Wed |08/06/14 |AA  |09:45A |03:30P |  5.75 H|EEO/2nd Shift Coverage    |
|14-17 |Mon |09/01/14 |HX  |07:00A |03:30P |  8.00 H|         |
|14-18 |Fri |09/12/14 |SL  |07:00A |03:30P |  8.00 H|        |
|14-20 |Thu |10/16/14 |SL  |07:00A |03:30P |  8.00 H|        |
|14-21 |Thu |10/23/14 |AL  |08:00A |11:00A |  3.00 H|CT forTravel: 1 Hr/New Bal|
|    |    |    |AL  |11:30A |03:30P |  4.00 H|CT forTravel: 1 Hr/New Bal|
|    |Fri |10/24/14 |AL  |07:00A |03:30P |  8.00 H|         |
|14-22 |Thu |11/06/14 |SL  |02:30P |03:30P |  1.00 H|        |
|    |Fri |11/07/14 |AL  |07:00A |03:30P |  8.00 H|        |
|    |Mon |11/10/14 |AL  |07:00A |03:30P |  8.00 H|        |
|    |Tue |11/11/14 |HX  |07:00A |03:30P |  8.00 H|        |
|14-23 |Thu |11/20/14 |SL  |07:00A |03:30P |  8.00 H|        |
|    |Fri |11/21/14 |AL  |07:00A |03:30P |  8.00 H|        |
|    |Mon |11/24/14 |AL  |07:00A |03:30P |  8.00 H|        |
|    |Tue |11/25/14 |SL  |07:00A |03:30P |  8.00 H|        |
|    |Thu |11/27/14 |HX  |07:00A |03:30P |  8.00 H|        |
|    |Fri |11/28/14 |SL  |07:00A |03:30P |  8.00 H|        |
|14-24 |Sun |11/30/14 |SL  |07:00A |03:30P |  8.00 H|        |
|14-25 |Tue |12/23/14 |AL  |10:15A |02:00P |  3.75 H|        |
|    |Thu |12/25/14 |HX  |07:15A |03:45P |  8.00 H|        |
|    |    |    |    |    |    |        |
|    |    | TOTALS: Authorized Absence  34.25 H|        |
```

VA-0626

Privacy Act Protected

# EXHIBIT U

## TRASK, DONNA M – 2014-2015

**LEAVE USED SUMMARY**
from: JAN 01, 2014 to: DEC 31, 2015
for: TRASK, DONNA M - T&L: 394

```
|PP |DATE        |TYPE             |FROM  |TO    |LENGTH            |
|---|-------------|--------------------|-------|-------|--------------------|
|01 |Tue 14-Jan-14 |Sick Leave       |08:00A |04:30P |  8.00 Hours     |
|   |Wed 15-Jan-14 |Sick Leave       |08:00A |04:30P |  8.00 Hours     |
|   |Fri 24-Jan-14 |Annual Leave     |08:00A |04:30P |  8.00 Hours     |
|02 |Mon 3-Feb-14 |Sick Leave        |11:00A |NOON   |  1.00 Hour      |
|   |Wed 5-Feb-14 |Authorized Absence |NOON  |02:00P |  2.00 Hours     |
|03 |Tue 18-Feb-14 |Family Care      |08:00A |04:30P |  8.00 Hours     |
|   |Wed 19-Feb-14 |Family Care      |08:00A |04:30P |  8.00 Hours     |
|04 |Thu 27-Feb-14 |Sick Leave       |08:00A |04:30P |  8.00 Hours     |
|   |Fri 28-Feb-14 |Sick Leave       |08:00A |04:30P |  8.00 Hours     |
|   |Fri 7-Mar-14 |Sick Leave        |08:00A |04:30P |  8.00 Hours     |
|05 |Fri 21-Mar-14 |Sick Leave       |01:00P |01:30P |  0.50 Hours     |
|06 |Wed 26-Mar-14 |Authorized Absence |08:00A |NOON  |  4.00 Hours     |
|   |Mon 31-Mar-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours     |
|06 |Tue 1-Apr-14 |Annual Leave       |08:00A |04:30P |  8.00 Hours     |
|   |Wed 2-Apr-14 |Annual Leave       |08:00A |04:30P |  8.00 Hours     |
|   |Thu 3-Apr-14 |Annual Leave       |08:00A |04:30P |  8.00 Hours     |
|   |Fri 4-Apr-14 |Annual Leave       |08:00A |04:30P |  8.00 Hours     |
|07 |Wed 9-Apr-14 |Annual Leave       |04:00P |04:30P |  0.50 Hours     |
|   |Thu 10-Apr-14 |Family Care      |08:00A |04:30P |  8.00 Hours     |
|   |Mon 14-Apr-14 |Annual Leave     |08:00A |08:30A |  0.50 Hours     |
|   |              |Authorized Absence |08:30A |12:30P |  4.00 Hours     |
|   |              |Authorized Absence |01:00P |04:30P |  3.50 Hours     |
|   |Fri 18-Apr-14 |Sick Leave       |01:30P |04:30P |  3.00 Hours     |
|08 |Tue 29-Apr-14 |Sick Leave       |08:00A |10:15A |  2.25 Hours     |
|09 |Fri 9-May-14 |Annual Leave       |08:00A |04:30P |  8.00 Hours     |
|   |Mon 12-May-14 |Annual Leave     |08:00A |04:30P |  8.00 Hours     |
|10 |Mon 19-May-14 |Sick Leave       |11:00A |NOON   |  1.00 Hour      |
|11 |Fri 6-Jun-14 |Sick Leave        |08:00A |10:30A |  2.50 Hours     |
|12 |Wed 18-Jun-14 |Sick Leave       |10:30A |NOON   |  1.50 Hours     |
|   |Fri 20-Jun-14 |Authorized Absence |09:30A |NOON  |  2.50 Hours     |
|   |              |Authorized Absence |12:30P |04:30P |  4.00 Hours     |
|   |Mon 23-Jun-14 |Authorized Absence |08:30A |NOON  |  3.50 Hours     |
|   |              |Authorized Absence |12:30P |04:30P |  4.00 Hours     |
|   |Wed 25-Jun-14 |Authorized Absence |08:30A |NOON  |  3.50 Hours     |
|   |              |Authorized Absence |12:30P |04:30P |  4.00 Hours     |
|   |Thu 26-Jun-14 |Authorized Absence |09:45A |NOON  |  2.25 Hours     |
|   |              |Authorized Absence |12:30P |04:30P |  4.00 Hours     |
|   |Fri 27-Jun-14 |Authorized Absence |09:30A |02:30P |  5.00 Hours     |
|13 |Mon 30-Jun-14 |Sick Leave       |08:00A |04:30P |  8.00 Hours     |
|13 |Tue 1-Jul-14 |Authorized Absence |09:30A |NOON  |  2.50 Hours     |
|   |              |Authorized Absence |12:30P |04:30P |  4.00 Hours     |
|   |Thu 3-Jul-14 |Authorized Absence |09:30A |NOON  |  2.50 Hours     |
|   |              |Authorized Absence |12:30P |02:30P |  2.00 Hours     |
|   |Fri 11-Jul-14 |Annual Leave     |08:00A |04:30P |  8.00 Hours     |
|14 |Mon 14-Jul-14 |Sick Leave       |03:30P |04:30P |  1.00 Hour      |
|16 |Mon 11-Aug-14 |Sick Leave       |08:00A |04:30P |  8.00 Hours     |
|   |Mon 18-Aug-14 |Sick Leave       |08:00A |NOON   |  4.00 Hours     |
|   |              |Annual Leave      |12:30P |04:30P |  4.00 Hours     |
|   |Tue 19-Aug-14 |Family Care      |08:00A |04:30P |  8.00 Hours     |
|   |Wed 20-Aug-14 |Annual Leave     |08:00A |04:30P |  8.00 Hours     |
|   |Thu 21-Aug-14 |Annual Leave     |08:00A |04:30P |  8.00 Hours     |
```

VA-0644

Privacy Act Protected

```
|  |Fri 22-Aug-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|17 |Tue  2-Sep-14 |Sick Leave      |08:00A |NOON  |  4.00 Hours    |
|  |           |Annual Leave    |12:30P |04:30P |  4.00 Hour     |
|18 |Tue  9-Sep-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Wed 10-Sep-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Fri 19-Sep-14 |Annual Leave    |02:00P |04:30P |  2.50 Hours    |
|19 |Tue 30-Sep-14 |Sick Leave      |02:00P |04:30P |  2.50 Hours    |
|  |Wed  1-Oct-14 |Sick Leave      |08:00A |02:00P |  6.00 Hours    |
|  |           |Annual Leave    |02:30P |04:30P |  2.00 Hours    |
|20 |Fri 10-Oct-14 |Annual Leave    |03:30P |04:30P |  1.00 Hour     |
|21 |Fri 24-Oct-14 |Annual Leave    |11:30A |04:30P |  5.00 Hours    |
|  |Tue 28-Oct-14 |Sick Leave      |08:00A |NOON  |  4.00 Hours    |
|22 |Wed  5-Nov-14 |Sick Leave      |02:30P |04:30P |  2.00 Hours    |
|23 |Mon 17-Nov-14 |Sick Leave      |03:30P |04:30P |  1.00 Hour     |
|23 |Fri 21-Nov-14 |Sick Leave      |03:30P |04:30P |  1.00 Hour     |
|24 |Fri  5-Dec-14 |Family Care     |08:00A |04:30P |  8.00 Hours    |
|  |Mon  8-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Tue  9-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Wed 10-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Thu 11-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Fri 12-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|25 |Mon 15-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Tue 16-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Wed 17-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Thu 18-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Fri 19-Dec-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|01 |Thu 15-Jan-15 |Compensatory    |02:30P |04:30P |  2.00 Hours    |
|01 |Fri 16-Jan-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|02 |Thu  5-Feb-15 |Sick Leave      |02:30P |04:30P |  2.00 Hours    |
|03 |Tue 10-Feb-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Thu 19-Feb-15 |Family Care     |08:00A |04:30P |  8.00 Hours    |
|04 |Thu  5-Mar-15 |Sick Leave      |08:00A |08:30A |  0.50 Hours    |
|05 |Tue 10-Mar-15 |Sick Leave      |08:00A |04:30P |  8.00 Hours    |
|  |Wed 18-Mar-15 |Sick Leave      |10:30A |NOON  |  1.50 Hours    |
|06 |Tue 24-Mar-15 |Sick Leave      |08:00A |04:30P |  8.00 Hours    |
|  |Wed 25-Mar-15 |Sick Leave      |08:00A |04:30P |  8.00 Hours    |
|07 |Mon  6-Apr-15 |Sick Leave      |09:45A |11:00A |  1.25 Hours    |
|  |Mon 13-Apr-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Tue 14-Apr-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Wed 15-Apr-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|07 |Thu 16-Apr-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|  |Fri 17-Apr-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|10 |Fri 22-May-15 |Sick Leave      |02:30P |04:30P |  2.00 Hours    |
|12 |Tue 23-Jun-15 |Sick Leave      |01:30P |04:30P |  3.00 Hours    |
|  |Thu 25-Jun-15 |Sick Leave      |08:00A |04:30P |  8.00 Hours    |
|  |Fri 26-Jun-15 |Sick Leave      |08:00A |04:30P |  8.00 Hours    |
|13 |Tue 30-Jun-15 |Annual Leave    |02:30P |04:30P |  2.00 Hours    |
|14 |Thu 16-Jul-15 |Sick Leave      |10:00A |11:00A |  1.00 Hour     |
|  |           |Authorized Absence |11:30A |04:30P |  5.00 Hours    |
|  |Fri 24-Jul-15 |Sick Leave      |09:30A |11:00A |  1.50 Hours    |
|15 |Tue  4-Aug-15 |Sick Leave      |08:00A |09:00A |  1.00 Hour     |
|16 |Tue 11-Aug-15 |Sick Leave      |03:30P |04:30P |  1.00 Hour     |
|17 |Mon 24-Aug-15 |Sick Leave      |08:00A |08:30A |  0.50 Hours    |
|18 |Tue  8-Sep-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
|19 |Mon 21-Sep-15 |Family Care     |08:00A |04:30P |  8.00 Hours    |
|  |Fri 25-Sep-15 |Sick Leave      |08:00A |10:30A |  2.50 Hours    |
|20 |Tue  6-Oct-15 |Sick Leave      |08:00A |04:30P |  8.00 Hours    |
|  |Wed  7-Oct-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours    |
```

VA-0645

Privacy Act Protected

```
|   |Fri  9-Oct-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|   |Tue 13-Oct-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|   |Wed 14-Oct-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|   |Thu 15-Oct-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|   |Fri 16-Oct-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|23 |Wed 25-Nov-15  |Annual Leave    |08:00A |08:30A |  0.50 Hours   |
|   |Fri 27-Nov-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|24 |Fri 11-Dec-15  |Annual Leave    |03:30P |04:30P |  1.00 Hour    |
|PP |DATE          |TYPE        |FROM  |TO   |LENGTH        |
|25 |Mon 14-Dec-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|   |Tue 15-Dec-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|   |Wed 16-Dec-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|   |Thu 17-Dec-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|   |Fri 18-Dec-15  |Annual Leave    |08:00A |04:30P |  8.00 Hours   |
|   |Mon 21-Dec-15  |Sick Leave      |08:00A |04:30P |  8.00 Hours   |
|   |              |            |      |     |              |
|   |          TOTALS:  Authorized Absence  62.25 Hours      |
|   |                  Annual Leave     375.00 Hours   |
|   |                  Family Care       56.00 Hours   |
|   |                  CompTime/CreditHrs  2.00 Hours      |
|   |                  Compensatory      2.00 Hours   |
|   |                  Sick Leave       167.00 Hours   |
|---|-------------|--------------------|------|------|--------------------|
DHCP PAID REPORT L003           VA TIME & ATTENDANCE SYSTEM
```

VA-0646

Privacy Act Protected

**LEAVE REQUESTS**
TRASK,DONNA M - T&L 394
From 1-Jan-14 to 31-Dec-15

08:00A 14-Jan-14 to 04:30P 15-Jan-14 16 hrs Sick Leave Approved
    sick
    Requested: 16-Jan-14 8:09am

08:00A 24-Jan-14 to 04:30P 24-Jan-14 8 hrs Annual Leave Approved
    Would like my birthday off if possible
    Requested: 31-Oct-13 4:03pm

08:00A 25-Jan-14 to 04:30P 26-Jan-14 .25 hrs Sick Leave Disapproved
    would like to be off this weekend with my birthday
    Requested: 31-Oct-13 4:04pm
    Supr: noted

11:00A 3-Feb-14 to NOON 3-Feb-14 1 hrs Sick Leave Approved
    DOCTOR'S APPOINTMENT FOR 11:30
    Requested: 3-Feb-14 8:14am

NOON 5-Feb-14 to 02:00P 5-Feb-14 2 hrs Authorized Absence Approved
    conference with attorney
    Requested: 4-Feb-14 1:06pm

08:00A 18-Feb-14 to 04:30P 19-Feb-14 16 hrs Family Care Approved
    DAUGHTER
    Requested: 20-Feb-14 9:03am

08:00A 27-Feb-14 to 04:30P 28-Feb-14 16 hrs Sick Leave Approved
    sick
    Requested: 3-Mar-14 8:02am

08:00A 7-Mar-14 to 04:30P 7-Mar-14 8 hrs Sick Leave Approved
    in hospital
    Requested: 10-Mar-14 8:18am

01:00P 21-Mar-14 to 01:30P 21-Mar-14 .5 hrs Sick Leave Approved
    Dr. Appointment
    Requested: 21-Mar-14 11:39am

08:00A 26-Mar-14 to NOON 26-Mar-14 4 hrs Authorized Absence Approved
    mediation in Tampa concerning my EEO case
    Requested: 19-Mar-14 2:21pm

08:00A 29-Mar-14 to 04:30P 30-Mar-14 .25 hrs Sick Leave Disapproved
    would like off connected to week off
    Requested: 1-Nov-13 7:50am
    Supr: noted

08:00A 29-Mar-14 to 04:30P 30-Mar-14 .25 hrs Annual Leave Disapproved
    off weekend before and after vacation
    Requested: 7-Feb-14 9:26am
    Supr: will be scheduled off

VA-0647

Privacy Act Protected

08:00A 31-Mar-14 to 04:30P 4-Apr-14 40 hrs Annual Leave Approved
vacation would like weekend off before and after this time
Requested: 1-Nov-13 7:51am

08:00A 5-Apr-14 to 04:30P 6-Apr-14 .25 hrs Sick Leave Disapproved
off this weekend please connected with vacation request
Requested: 1-Nov-13 7:52am
Supr: noted

08:00A 5-Apr-14 to 04:30P 6-Apr-14 .25 hrs Annual Leave Disapproved
would like weekend off included in vacation time
Requested: 7-Feb-14 9:29am
Supr: will be scheduled off

08:00A 5-Apr-14 to 04:30P 6-Apr-14 .25 hrs Annual Leave Disapproved
would like weekend off after vacation
Requested: 12-Feb-14 9:03am
Supr: will be scheduled off

04:00P 9-Apr-14 to 04:30P 9-Apr-14 .5 hrs Annual Leave Approved
GRANDSON IN HOSPITAL
Requested: 9-Apr-14 3:58pm

08:00A 10-Apr-14 to 04:30P 10-Apr-14 8 hrs Family Care Approved
DAUGHTER'S NEWBORN ADMITTED TO HOSPITAL
Requested: 11-Apr-14 11:46am

08:30A 14-Apr-14 to 04:30P 14-Apr-14 7.5 hrs Authorized Absence Approved
deposition
Requested: 9-Apr-14 2:18pm

08:00A 14-Apr-14 to 08:30A 14-Apr-14 .5 hrs Annual Leave Approved
before deposition
Requested: 15-Apr-14 10:47am

01:30P 18-Apr-14 to 04:30P 18-Apr-14 3 hrs Sick Leave Approved
primary care appointment
Requested: 4-Feb-14 3:48pm

08:00A 29-Apr-14 to 10:15A 29-Apr-14 2.25 hrs Sick Leave Approved
doctor's appointment approved by Dr. Tyler
Requested: 29-Apr-14 10:23am

08:00A 9-May-14 to 04:30P 9-May-14 8 hrs Annual Leave Approved
company coming to my house would like off if possible
Requested: 13-May-14 9:31am

08:00A 10-May-14 to 04:30P 11-May-14 .25 hrs Annual Leave Disapproved
Would like off weekend- nephrew getting married
Requested: 7-Feb-14 9:13am
Supr: will be scheduled off

08:00A 12-May-14 to 04:30P 12-May-14 8 hrs Annual Leave Approved
would like off with weekend before company at my house
Requested: 1-Nov-13 7:55am

11:00A 19-May-14 to NOON 19-May-14 1 hrs Sick Leave Approved
doctor's appointment

VA-0648

Privacy Act Protected

Requested: 4-Feb-14 3:49pm

08:00A 24-May-14 to 04:30P 25-May-14 .25 hrs Annual Leave Disapproved
would like the weekend off please
Requested: 7-Feb-14 9:30am
Supr: will be scheduled off

08:00A 26-May-14 to 04:30P 26-May-14 .25 hrs Sick Leave Disapproved
would like off memorial day
Requested: 7-Feb-14 9:50am
Supr: will consider

08:00A 6-Jun-14 to 10:30A 6-Jun-14 2.5 hrs Sick Leave Approved
HAD TO GO TO THE DOCTOR
Requested: 6-Jun-14 10:51am

10:30A 18-Jun-14 to NOON 18-Jun-14 1.5 hrs Sick Leave Approved
cardiologist appointment
Requested: 28-Apr-14 2:34pm

09:30A 20-Jun-14 to 04:30P 20-Jun-14 6.5 hrs Authorized Absence Approved
for depositions with Mr. Magri
Requested: 12-Jun-14 1:12pm

08:30A 23-Jun-14 to 04:30P 23-Jun-14 7 hrs Authorized Absence Approved
scheduled depositions
Requested: 13-Jun-14 1:29pm

08:30A 25-Jun-14 to 04:30P 25-Jun-14 7.5 hrs Authorized Absence Approved
depositions
Requested: 13-Jun-14 1:30pm

09:00A 26-Jun-14 to 04:30P 26-Jun-14 7 hrs Authorized Absence Approved
depositions
Requested: 13-Jun-14 1:31pm

09:45A 26-Jun-14 to 04:30P 26-Jun-14 7.25 hrs Authorized Absence Approved
modifying previous leave request
Requested: 26-Jun-14 9:10am

09:30A 27-Jun-14 to 02:30P 27-Jun-14 4.5 hrs Authorized Absence Approved
depositions
Requested: 24-Jun-14 3:00pm

08:00A 30-Jun-14 to 04:30P 30-Jun-14 8 hrs Sick Leave Approved
sick
Requested: 1-Jul-14 8:12am

08:00A 1-Jul-14 to 04:30P 1-Jul-14 8 hrs Authorized Absence Approved
depositions
Requested: 24-Jun-14 8:24am

09:30A 1-Jul-14 to 04:30P 1-Jul-14 6.5 hrs Authorized Absence Approved
depositions
Requested: 24-Jun-14 3:01pm

10:00A 3-Jul-14 to 02:30P 3-Jul-14 6 hrs Authorized Absence Approved
deposition

VA-0649

Privacy Act Protected

Requested: 24-Jun-14  3:02pm

09:30A  3-Jul-14 to 02:30P  3-Jul-14 4.5 hrs Authorized Absence Approved
  in Tampa via video will adjust time after known
  Requested: 3-Jul-14  4:19pm

08:00A  4-Jul-14 to 04:30P  4-Jul-14 .25 hrs Sick Leave Disapproved
  would like off 4th of july
  Requested: 7-Feb-14  9:49am
  Supr: will consider

08:00A  5-Jul-14 to 04:30P  6-Jul-14 8 hrs Annual Leave Disapproved
  would like this weekend off if possible
  Requested: 7-Feb-14  9:31am
  Supr: will be scheduled off

08:00A 11-Jul-14 to 04:30P 11-Jul-14 8 hrs Annual Leave Approved
  education
  Requested: 27-Jun-14  3:48pm

08:00A 12-Jul-14 to 04:30P 13-Jul-14 .25 hrs Sick Leave Disapproved
  hope to go to educational seminar in Ft. Lauderdale
  Requested: 30-May-14 10:39am
  Supr: scheduled off

03:30P 14-Jul-14 to 04:30P 14-Jul-14 1 hrs Sick Leave Approved
  medical appointment
  Requested: 1-May-14  8:10am

08:00A 11-Aug-14 to 04:30P 11-Aug-14 8 hrs Sick Leave Approved
  sick
  Requested: 12-Aug-14  8:09am

08:00A 18-Aug-14 to 04:30P 18-Aug-14 8 hrs Sick Leave Approved
  Requested: 25-Aug-14  8:30am

08:00A 18-Aug-14 to NOON 18-Aug-14 4 hrs Sick Leave Approved
  per Donna Rush to clear up time issues
  Requested: 12-Sep-14 10:58am

12:30P 18-Aug-14 to 04:30P 18-Aug-14 4 hrs Annual Leave Approved
  Requested: 12-Sep-14 10:59am

08:00A 19-Aug-14 to 04:30P 19-Aug-14 8 hrs Family Care Approved
  FMLA MOTHER
  Requested: 25-Aug-14  8:32am

08:00A 20-Aug-14 to 04:30P 22-Aug-14 24 hrs Annual Leave Approved
  was sick but using AL since no sick leave
  Requested: 25-Aug-14  9:25am

08:00A  2-Sep-14 to NOON  2-Sep-14 4 hrs Sick Leave Approved
  sick
  Requested: 4-Sep-14  8:05am

12:30P  2-Sep-14 to 04:30P  2-Sep-14 4 hrs Annual Leave Approved
  out of sick time using AL
  Requested: 4-Sep-14  8:12am

VA-0650

Privacy Act Protected

08:00A  9-Sep-14 to 04:30P 10-Sep-14  16 hrs Annual Leave Approved
  sick but out of sick leave
  Requested: 11-Sep-14  8:12am

02:00P 19-Sep-14 to 04:30P 19-Sep-14  2.5 hrs Annual Leave Approved
  approved by Mike Tyler
  Requested: 19-Sep-14  9:21am

02:00P 30-Sep-14 to 04:30P 30-Sep-14  2.5 hrs Sick Leave Approved
  doctor's appointment approved by Dr. Tyler
  Requested: 30-Sep-14  9:57am

08:00A  1-Oct-14 to 02:30P  1-Oct-14  6 hrs Sick Leave Approved
  sick
  Requested: 2-Oct-14 11:04am

02:30P  1-Oct-14 to 04:30P  1-Oct-14  2 hrs Annual Leave Approved
  out of sick time
  Requested: 2-Oct-14 11:05am

03:30P 10-Oct-14 to 04:30P 10-Oct-14  1 hrs Annual Leave Approved
  need off for travel to educational seminar please
  Requested: 15-Jul-14  3:27pm

08:00A 11-Oct-14 to 04:30P 12-Oct-14 .25 hrs Annual Leave Disapproved
  educational seminar in Orlando please schedule me off
  Requested: 15-Jul-14  3:26pm
  Supr: already scheduled off

11:00A 24-Oct-14 to 04:30P 24-Oct-14  5 hrs Annual Leave Approved
  sick
  Requested: 24-Oct-14 10:55am

08:00A 25-Oct-14 to 04:30P 26-Oct-14 .25 hrs Annual Leave Disapproved
  need off weekend my niece is getting married
  Requested: 7-Feb-14  9:10am
  Supr: will be scheduled off

08:00A 28-Oct-14 to NOON 28-Oct-14  4 hrs Sick Leave Approved
  dentist appointment in Tampa
  Requested: 24-Oct-14 10:12am

02:30P  5-Nov-14 to 04:30P  5-Nov-14  2 hrs Sick Leave Approved
  Need to be off for emergent doctor's appointment
  Requested: 3-Nov-14 10:00am

03:30P 17-Nov-14 to 04:30P 17-Nov-14  1 hrs Sick Leave Approved
  physical therapy approved by supervisor
  Requested: 18-Nov-14  8:11am

03:30P 21-Nov-14 to 04:30P 21-Nov-14  1 hrs Sick Leave Approved
  approved by Dr. Tyler
  Requested: 21-Nov-14  1:34pm

08:00A  5-Dec-14 to 04:30P  5-Dec-14  8 hrs Family Care Approved
  FLMA for my 87 year old mother
  Requested: 18-Nov-14 12:33pm

VA-0651

Privacy Act Protected

08:00A 6-Dec-14 to 04:30P 12-Dec-14 40 hrs Annual Leave Approved
   vacation
   Requested: 8-Oct-14 9:19am

08:00A 13-Dec-14 to 04:30P 21-Dec-14 40 hrs Annual Leave Approved
   approved by Dr. Stewart
   Requested: 16-Jan-14 10:04am

02:30P 15-Jan-15 to 04:30P 15-Jan-15 2 hrs CompTime/CreditHrs Approved
   ok with Dr. Levarity discussed with supervisor
   Requested: 14-Jan-15 2:09pm

08:00A 16-Jan-15 to 04:30P 16-Jan-15 8 hrs Annual Leave Approved
   Requested: 30-Dec-14 8:18am

02:30P 5-Feb-15 to 04:30P 5-Feb-15 2 hrs Sick Leave Approved
   dr. appointment
   Requested: 20-Jan-15 9:21am

08:00A 10-Feb-15 to 04:30P 11-Feb-15 16 hrs Authorized Absence Disapproved
   for deposition in case
   Requested: 3-Feb-15 10:49am
   Supr: Please re-enter as AL

08:00A 10-Feb-15 to 04:30P 11-Feb-15 16 hrs Annual Leave Approved
   Requested: 9-Feb-15 12:16pm

08:00A 10-Feb-15 to 04:30P 10-Feb-15 8 hrs Annual Leave Approved
   Requested: 11-Feb-15 7:56am

08:00A 14-Feb-15 to 04:30P 15-Feb-15 .25 hrs Sick Leave Disapproved
   WOULD LIKE TO BE OFF THIS WEEKEND IF POSSIBLE
   Requested: 5-Jan-15 7:49am
   Supr: you are scheduled off, for that weekend

08:00A 19-Feb-15 to 04:30P 19-Feb-15 8 hrs Family Care Approved
   FUNERAL
   Requested: 17-Feb-15 12:41pm

08:00A 5-Mar-15 to 08:30A 5-Mar-15 .5 hrs Sick Leave Approved
   sick
   Requested: 5-Mar-15 9:03am

08:00A 10-Mar-15 to 04:30P 10-Mar-15 8 hrs Sick Leave Approved
   Requested: 11-Mar-15 11:23am
 10:30A 18-Mar-15 to NOON 18-Mar-15 1.5 hrs Sick Leave Approved
   cardiology appointment
   Requested: 5-Jan-15 10:59am

08:00A 21-Mar-15 to 04:30P 22-Mar-15 .25 hrs Annual Leave Disapproved
   would like this weekend off
   Requested: 7-Feb-14 9:46am
   Supr: will be scheduled off

08:00A 24-Mar-15 to 04:30P 24-Mar-15 8 hrs Sick Leave Approved
   doctor's appointment and testing
   Requested: 18-Mar-15 4:11pm

VA-0652

Privacy Act Protected

08:00A 25-Mar-15 to 04:30P 25-Mar-15 8 hrs Sick Leave Approved
   Requested: 26-Mar-15 9:24am

08:00A 28-Mar-15 to 04:30P 29-Mar-15 .25 hrs Annual Leave Disapproved
   would like weekend off
   Requested: 7-Feb-14 9:48am
   Supr: will be scheduled off

08:00A 30-Mar-15 to 04:30P 30-Mar-15 8 hrs Authorized Absence Approved
   Jury Duty Summons
   Requested: 23-Mar-15 11:37am

08:00A 4-Apr-15 to 04:30P 5-Apr-15 .25 hrs Sick Leave Disapproved
   would like this weekend off
   Requested: 5-Jan-15 8:08am
   Supr: noted

09:45A 6-Apr-15 to 11:00A 6-Apr-15 1.25 hrs Sick Leave Approved
   physician appointment approved by Dr. Justice
   Requested: 6-Apr-15 11:11am

08:00A 11-Apr-15 to 04:30P 19-Apr-15 40 hrs Annual Leave Disapproved
   vacation please
   Requested: 7-Feb-14 9:44am
   Supr: please reenter during leave planning for 2015

08:00A 11-Apr-15 to 04:30P 19-Apr-15 40 hrs Annual Leave Approved
   vacation
   Requested: 3-Nov-14 7:56am

08:00A 25-Apr-15 to 04:30P 26-Apr-15 .25 hrs Sick Leave Disapproved
   would like to be off this weekend
   Requested: 5-Jan-15 8:00am
   Supr: noted

08:00A 25-Apr-15 to 04:30P 26-Apr-15 .25 hrs Sick Leave Disapproved
   please schedule me off this weekend
   Requested: 27-Feb-15 10:10am
   Supr: noted

08:00A 2-May-15 to 04:30P 3-May-15 .25 hrs Sick Leave Disapproved
   would like off this weekend please
   Requested: 5-Jan-15 7:58am
   Supr: noted

08:00A 10-May-15 to 04:30P 11-May-15 .25 hrs Sick Leave Disapproved
   would like this weekend off please
   Requested: 5-Jan-15 7:57am
   Supr: noted

02:30P 22-May-15 to 04:30P 22-May-15 2 hrs Sick Leave Approved
   FLMA MOTHER
   Requested: 22-May-15 9:59am

08:00A 23-May-15 to 04:30P 24-May-15 .25 hrs Sick Leave Disapproved
   would like off this weekend
   Requested: 5-Jan-15 8:15am

VA-0653

Privacy Act Protected

Supr: noted

08:00A 25-May-15 to 04:30P 25-May-15 8 hrs Sick Leave Disapproved
would like this holiday off
Requested: 5-Jan-15 8:16am
Supr: noted

01:30P 23-Jun-15 to 04:30P 23-Jun-15 3 hrs Sick Leave Approved
doctors appointment
Requested: 12-Jun-15 9:26am

08:00A 25-Jun-15 to 04:30P 26-Jun-15 16 hrs Sick Leave Approved
Requested: 29-Jun-15 10:12am

08:00A 26-Jun-15 to 04:30P 26-Jun-15 8 hrs Annual Leave Disapproved
to attend educational seminar in Tampa
Requested: 2-Apr-15 10:01am
Supr: discussed with Dr. Trask. too many pharmacists off

08:00A 27-Jun-15 to 04:30P 28-Jun-15 .25 hrs Sick Leave Disapproved
to attend weekend educational conference in Tampa, FL for CE
Requested: 2-Apr-15 10:02am
Supr: noted

02:30P 30-Jun-15 to 04:30P 30-Jun-15 2 hrs Annual Leave Approved
doctor appt. sick
Requested: 30-Jun-15 9:55am

08:00A 3-Jul-15 to 04:30P 3-Jul-15 8 hrs Sick Leave Disapproved
would like this holiday off
Requested: 5-Jan-15 8:18am
Supr: noted

08:00A 4-Jul-15 to 04:30P 5-Jul-15 .25 hrs Sick Leave Disapproved
would like this weekend off
Requested: 5-Jan-15 8:17am
Supr: noted

11:00A 16-Jul-15 to 04:30P 16-Jul-15 4.75 hrs Authorized Absence Approved
court ordered federal telephonic mediation
Requested: 7-Jun-15 2:19pm

10:00A 16-Jul-15 to 11:00A 16-Jul-15 1 hrs Sick Leave Approved
approved by supervisor
Requested: 16-Jul-15 9:42am

09:30A 24-Jul-15 to 11:30A 24-Jul-15 2 hrs Sick Leave Approved
dr appointment
Requested: 24-Jul-15 9:21am

09:30A 24-Jul-15 to 11:00A 24-Jul-15 1.5 hrs Sick Leave Approved
please cancel leave for 2 hours
Requested: 24-Jul-15 11:39am

08:00A 4-Aug-15 to 09:00A 4-Aug-15 1 hrs Sick Leave Approved
Requested: 4-Aug-15 9:12am

03:30P 11-Aug-15 to 04:30P 11-Aug-15 1 hrs Sick Leave Approved

VA-0654

Privacy Act Protected

doctor appointment
Requested: 11-Aug-15 8:02am

08:00A 24-Aug-15 to 08:30A 24-Aug-15 .5 hrs Sick Leave Approved
Requested: 24-Aug-15 9:13am

08:00A 8-Sep-15 to 04:30P 8-Sep-15 8 hrs Annual Leave Approved
CONSTRUCTION WORKERS AT MY HOUSE
Requested: 9-Sep-15 8:03am

08:00A 21-Sep-15 to 04:30P 21-Sep-15 8 hrs Family Care Approved
BROTHER IN LAW'S FUNERAL
Requested: 22-Sep-15 9:17am

08:00A 25-Sep-15 to 10:30A 25-Sep-15 2.5 hrs Sick Leave Approved
APPROVED BY SUPERVISOR TO COME IN LATE FOR DR. APPT
Requested: 24-Sep-15 4:19pm

08:00A 5-Oct-15 to 04:30P 5-Oct-15 8 hrs Sick Leave Approved
Requested: 8-Oct-15 9:37am

08:00A 6-Oct-15 to 04:30P 6-Oct-15 8 hrs Sick Leave Approved
correction already approved but wrong date entered sorry
Requested: 8-Oct-15 4:01pm

08:00A 7-Oct-15 to 04:30P 7-Oct-15 8 hrs Annual Leave Approved
SICK AND NOT ENOUGH SICK LEAVE
Requested: 8-Oct-15 9:38am

08:00A 9-Oct-15 to 04:30P 18-Oct-15 40 hrs Annual Leave Approved
Requested: 3-Nov-14 8:02am

08:00A 25-Nov-15 to 08:30A 25-Nov-15 .5 hrs Annual Leave Approved
car broke down
Requested: 25-Nov-15 10:37am

08:00A 26-Nov-15 to 04:30P 26-Nov-15 .25 hrs Sick Leave Disapproved
MOST WANTED OFF MAJOR HOLIDAY
Requested: 5-Jan-15 7:43am
Supr: noted on schedule

08:00A 27-Nov-15 to 04:30P 27-Nov-15 8 hrs Annual Leave Approved
WORKED THE LAST 2 YEARS- WOULD LIKE OFF THIS YEAR PLEASE
Requested: 5-Jan-15 7:41am

08:00A 28-Nov-15 to 04:30P 29-Nov-15 .25 hrs Sick Leave Disapproved
WOULD LIKE OFF THIS WEEKEND
Requested: 5-Jan-15 7:42am
Supr: noted on schedule

03:30P 11-Dec-15 to 04:30P 11-Dec-15 1 hrs Annual Leave Approved
approved by Dr. Justice
Requested: 11-Dec-15 3:24pm

08:00A 12-Dec-15 to 04:30P 20-Dec-15 40 hrs Annual Leave Approved
vacation
Requested: 3-Nov-14 7:58am

VA-0655

Privacy Act Protected

08:00A 21-Dec-15 to 04:30P 21-Dec-15 8 hrs Sick Leave Approved
  sick approved by supervisor
  Requested: 22-Dec-15  8:04am

08:00A 26-Dec-15 to 04:30P 27-Dec-15 .25 hrs Sick Leave Disapproved
  WOULD LIKE OFF THIS WEEKEND
  Requested:  5-Jan-15  7:46am
  Supr: noted

VA-0656

Privacy Act Protected

**TRUITT, ANITA K – 2014-2015**

LEAVE USED SUMMARY
from: JAN 01, 2014 to: DEC 31, 2015
for: TRUITT, ANITA K - T&L: 022

```
|PP |DATE      |TYPE            |FROM  |TO    |LENGTH          |
|---|----------|----------------|------|------|----------------|
|02 |Wed 29-Jan-14 |Annual Leave      |10:30A |NOON  |  1.50 Hours  |
|   |Wed  5-Feb-14 |Authorized Absence |NOON  |02:00P |  2.00 Hours  |
|03 |Wed 12-Feb-14 |Sick Leave        |11:00A |02:00P |  3.00 Hours  |
|   |Tue 18-Feb-14 |Sick Leave        |02:30P |04:30P |  2.00 Hours  |
|   |Fri 21-Feb-14 |Sick Leave        |08:00A |04:30P |  8.00 Hours  |
|04 |Fri 28-Feb-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Mon  3-Mar-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Tue  4-Mar-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Wed  5-Mar-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Thu  6-Mar-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Fri  7-Mar-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|05 |Fri 14-Mar-14 |Authorized Absence |09:30A |11:00A |  1.50 Hours  |
|   |          |Authorized Absence |11:30A |04:30P |  5.00 Hours  |
|05 |Tue 18-Mar-14 |Annual Leave      |NOON  |12:30P |  0.50 Hours  |
|   |Fri 21-Mar-14 |Annual Leave      |NOON  |04:30P |  4.50 Hours  |
|06 |Wed 26-Mar-14 |Authorized Absence |08:00A |01:00P |  5.00 Hours  |
|   |Mon 31-Mar-14 |Annual Leave      |08:00A |12:30P |  4.50 Hours  |
|07 |Fri 11-Apr-14 |Annual Leave      |04:15P |04:30P |  0.25 Hours  |
|   |Tue 15-Apr-14 |Annual Leave      |08:00A |11:00A |  3.00 Hours  |
|08 |Fri  2-May-14 |Annual Leave      |03:30P |04:30P |  1.00 Hour   |
|09 |Fri  9-May-14 |Compensatory      |03:00P |04:30P |  1.50 Hours  |
|11 |Fri  6-Jun-14 |Annual Leave      |04:15P |04:30P |  0.25 Hours  |
|12 |Thu 19-Jun-14 |Sick Leave        |02:00P |04:30P |  2.50 Hours  |
|   |Fri 20-Jun-14 |Authorized Absence |08:30A |10:00A |  1.50 Hours  |
|   |          |Authorized Absence |10:30A |04:30P |  6.00 Hours  |
|   |Mon 23-Jun-14 |Authorized Absence |08:30A |09:00A |  0.50 Hours  |
|   |          |Authorized Absence |09:00A |NOON  |  3.00 Hours  |
|   |          |Authorized Absence |12:30P |04:30P |  4.00 Hours  |
|12 |Wed 25-Jun-14 |Authorized Absence |08:30A |09:30A |  1.00 Hour   |
|   |          |Authorized Absence |09:30A |NOON  |  2.50 Hours  |
|   |          |Authorized Absence |12:30P |04:30P |  4.00 Hours  |
|   |Thu 26-Jun-14 |Authorized Absence |09:00A |NOON  |  3.00 Hours  |
|   |          |Authorized Absence |12:30P |04:30P |  4.00 Hours  |
|   |Fri 27-Jun-14 |Authorized Absence |09:30A |NOON  |  2.50 Hours  |
|   |          |Sick Leave        |12:30P |04:30P |  4.00 Hours  |
|13 |Tue  1-Jul-14 |Authorized Absence |09:30A |11:30A |  2.00 Hours  |
|   |Thu  3-Jul-14 |Authorized Absence |08:00A |01:00P |  5.00 Hours  |
|   |          |Authorized Absence |01:00P |02:30P |  1.50 Hours  |
|15 |Thu 31-Jul-14 |Sick Leave        |02:00P |04:30P |  2.50 Hours  |
|   |Mon  4-Aug-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Tue  5-Aug-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|15 |Wed  6-Aug-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Thu  7-Aug-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Fri  8-Aug-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|16 |Mon 11-Aug-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Wed 13-Aug-14 |Authorized Absence |08:00A |12:30P |  4.50 Hours  |
|   |Mon 18-Aug-14 |Annual Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Thu 21-Aug-14 |Annual Leave      |08:00A |NOON  |  4.00 Hours  |
```

VA-0657

Privacy Act Protected

```
|   |         |Annual Leave     |12:30P |02:30P |  2.00 Hours    |
|   |         |Without Pay      |02:30P |04:30P |  2.00 Hours    |
|   |Fri 22-Aug-14 |Family Care     |08:00A |04:30P |  8.00 Hours  |
|17 |Mon 25-Aug-14 |Family Care        |08:00A |04:30P |  8.00 Hours  |
|   |Tue 26-Aug-14 |Family Care     |08:00A |04:30P |  8.00 Hours  |
|   |Wed 27-Aug-14 |Family Care     |08:00A |04:30P |  8.00 Hours  |
|17 |Thu 28-Aug-14 |Family Care        |08:00A |04:30P |  8.00 Hours  |
|   |Fri 29-Aug-14 |Family Care     |08:00A |04:30P |  8.00 Hours  |
|18 |Tue  9-Sep-14 |Sick Leave      |08:00A |04:30P |  8.00 Hours  |
|   |Wed 10-Sep-14 |Sick Leave      |08:00A |04:30P |  8.00 Hours  |
|19 |Thu 25-Sep-14 |Sick Leave      |02:00P |04:30P |  2.50 Hours  |
|   |Wed  1-Oct-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours  |
|20 |Tue 14-Oct-14 |Sick Leave      |08:00A |11:00A |  3.00 Hours  |
|21 |Fri 31-Oct-14 |Annual Leave    |08:00A |08:15A |  0.25 Hours  |
|22 |Thu  6-Nov-14 |Annual Leave        |08:00A |04:30P |  8.00 Hours  |
|23 |Fri 28-Nov-14 |Annual Leave    |08:00A |04:30P |  8.00 Hours  |
|25 |Tue 16-Dec-14 |Annual Leave        |01:00P |01:15P |  0.25 Hours  |
|26 |Wed 31-Dec-14 |Annual Leave        |08:00A |08:15A |  0.25 Hours  |
|01 |Fri 16-Jan-15 |Annual Leave    |09:00A |05:30P |  8.00 Hours  |
|03 |Tue 10-Feb-15 |Annual Leave        |08:30A |05:00P |  8.00 Hours  |
|   |Wed 11-Feb-15 |Annual Leave        |04:45P |05:00P |  0.25 Hours  |
|04 |Thu 26-Feb-15 |Sick Leave      |02:00P |05:00P |  3.00 Hours  |
|   |Fri  6-Mar-15 |Annual Leave    |02:00P |04:00P |  2.00 Hours  |
|06 |Fri 27-Mar-15 |Annual Leave        |04:00P |05:00P |  1.00 Hour   |
|09 |Fri  8-May-15 |Annual Leave        |03:00P |04:00P |  1.00 Hour   |
|   |Tue 12-May-15 |Sick Leave      |07:30A |04:00P |  8.00 Hours  |
|10 |Thu 28-May-15 |Sick Leave      |02:00P |04:00P |  2.00 Hours  |
|11 |Mon  1-Jun-15 |Annual Leave       |07:30A |04:00P |  8.00 Hours  |
|   |Tue  2-Jun-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours  |
|   |Wed  3-Jun-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours  |
|   |Thu  4-Jun-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours  |
|   |Fri  5-Jun-15 |Annual Leave    |08:00A |04:30P |  8.00 Hours  |
|11 |Mon  8-Jun-15 |Annual Leave       |07:30A |04:00P |  8.00 Hours  |
|   |Tue  9-Jun-15 |Annual Leave    |07:30A |04:00P |  8.00 Hours  |
|   |Wed 10-Jun-15 |Annual Leave        |08:30A |05:00P |  8.00 Hours  |
|14 |Thu 16-Jul-15 |Authorized Absence  |11:00A |04:00P |  5.00 Hours  |
|15 |Fri  7-Aug-15 |Annual Leave    |07:30A |04:00P |  8.00 Hours  |
|16 |Mon 10-Aug-15 |Family Care        |08:30A |05:00P |  8.00 Hours  |
|   |Tue 11-Aug-15 |Family Care     |08:30A |05:00P |  8.00 Hours  |
|   |Wed 12-Aug-15 |Family Care     |08:30A |05:00P |  8.00 Hours  |
|   |Thu 13-Aug-15 |Family Care     |08:30A |05:00P |  8.00 Hours  |
|   |Fri 14-Aug-15 |Family Care     |08:30A |05:00P |  8.00 Hours  |
|   |Mon 17-Aug-15 |Family Care     |07:30A |04:00P |  8.00 Hours  |
|18 |Fri 11-Sep-15 |Annual Leave    |08:30A |05:00P |  8.00 Hours  |
|   |Mon 14-Sep-15 |Annual Leave        |08:30A |05:00P |  8.00 Hours  |
|18 |Tue 15-Sep-15 |Annual Leave        |08:30A |05:00P |  8.00 Hours  |
|19 |Thu  1-Oct-15 |Sick Leave      |02:00P |04:00P |  2.00 Hours  |
|   |Fri  2-Oct-15 |Annual Leave    |03:00P |04:00P |  1.00 Hour   |
|20 |Thu  8-Oct-15 |Annual Leave        |07:30A |04:00P |  8.00 Hours  |
|   |Fri  9-Oct-15 |Annual Leave    |07:30A |04:00P |  8.00 Hours  |
|21 |Wed 21-Oct-15 |Sick Leave      |10:15A |10:45A |  0.50 Hours  |
|   |Wed 28-Oct-15 |Sick Leave      |07:30A |NOON   |  4.50 Hours  |
|22 |Fri 13-Nov-15 |Annual Leave        |07:30A |04:00P |  8.00 Hours  |
|24 |Thu  3-Dec-15 |Sick Leave      |07:30A |04:00P |  8.00 Hours  |
|   |Fri 11-Dec-15 |Annual Leave    |03:00P |04:00P |  1.00 Hour   |
|25 |Mon 21-Dec-15 |Annual Leave        |08:30A |05:00P |  8.00 Hours  |
|   |Tue 22-Dec-15 |Annual Leave    |08:30A |05:00P |  8.00 Hours  |
|   |Thu 24-Dec-15 |Annual Leave    |08:30A |12:30P |  4.00 Hours  |
```

VA-0658

Privacy Act Protected

```
|  |          |Authorized Absence  |01:00P |05:00P |  4.00 Hours    |
|26 |Mon 28-Dec-15 |Annual Leave      |08:30A |05:00P |  8.00 Hours    |
|  |          |          |      |      |      |              |
|  |          |   TOTALS:   Authorized Absence  67.50 Hours    |
|  |          |          Annual Leave      320.50 Hours    |
|  |          |          Family Care       96.00 Hours   |
|  |          |          CompTime/CreditHrs   1.50 Hours      |
|  |          |          Compensatory    1.50 Hours    |
|  |          |          Sick Leave      71.50 Hours   |
|  |          |          Without Pay       2.00 Hours     |
|  |          |          |      |      |              |
|  |          |          |      |      |              |
|  |          |          |      |      |              |
|---|-------------|--------------------|-------|------|--------------------|
  DHCP PAID REPORT L003          VA TIME & ATTENDANCE SYSTEM
```

VA-0659

Privacy Act Protected

**LEAVE REQUESTS**
TRUITT,ANITA K – T&L 022
From  1-Jan-14 to 31-Dec-15

08:00A 21-Jan-14 to 04:30P 24-Jan-14 32 hrs Annual Leave Disapproved
  Including MLK holiday Monday please
  Requested: 6-Nov-13 3:56pm
  Supr: you won't have enough leave

10:30A 29-Jan-14 to NOON 29-Jan-14 1.5 hrs Annual Leave Approved
  to attend funeral
  Requested: 27-Jan-14 12:48pm

NOON 5-Feb-14 to 02:00P 5-Feb-14 2 hrs Authorized Absence Approved
  conference with attorney
  Requested: 4-Feb-14 1:17pm

11:00A 12-Feb-14 to 02:00P 12-Feb-14 3 hrs Sick Leave Approved
  new dental appointment
  Requested: 21-Jan-14 9:51am

02:30P 18-Feb-14 to 04:30P 18-Feb-14 2 hrs Sick Leave Approved
  dental procedure
  Requested: 12-Feb-14 3:10pm

08:00A 21-Feb-14 to 04:30P 21-Feb-14 8 hrs Sick Leave Approved
  Requested: 24-Feb-14 8:18am

08:00A 28-Feb-14 to 04:30P 7-Mar-14 48 hrs Annual Leave Approved
  sailing trip
  Requested: 6-Dec-13 9:54am

09:30A 14-Mar-14 to 04:30P 14-Mar-14 6.5 hrs Authorized Absence Approved
  deposition for federal case
  Requested: 17-Mar-14 10:00am

NOON 18-Mar-14 to 12:30P 18-Mar-14 .5 hrs Annual Leave Approved
  pre-approved lunch addition for personal matter at home
  Requested: 18-Mar-14 12:35pm

11:30A 21-Mar-14 to 04:30P 21-Mar-14 4.5 hrs Annual Leave Approved
  closing on new home. (30 minute lunch)
  Requested: 20-Mar-14 11:23am

08:00A 26-Mar-14 to 01:00P 26-Mar-14 4.5 hrs Authorized Absence Approved
  mediation in Tampa
  Requested: 25-Mar-14 1:30pm

08:00A 29-Mar-14 to 04:30P 30-Mar-14 .25 hrs Annual Leave Disapproved
  please don't schedule weekend work...important trip plans
  Requested: 14-Jan-14 8:09am
  Supr: request noted

08:00A 31-Mar-14 to 12:30P 31-Mar-14 4.5 hrs Annual Leave Approved

VA-0660

Privacy Act Protected

house closing on present home
Requested: 12-Mar-14 10:27am

04:15P 11-Apr-14 to 04:30P 11-Apr-14 .25 hrs Annual Leave Approved
OK-CW
Requested: 11-Apr-14 2:39pm

08:00A 15-Apr-14 to 11:00A 15-Apr-14 3 hrs Annual Leave Approved
personal leave
Requested: 15-Apr-14 11:04am

03:30P 2-May-14 to 04:30P 2-May-14 1 hrs Annual Leave Approved
to get to airport
Requested: 30-Apr-14 1:59pm

03:00P 9-May-14 to 04:30P 9-May-14 1.5 hrs CompTime/CreditHrs Approved
to attend wedding out of town
Requested: 24-Apr-14 8:55am

08:00A 10-May-14 to 04:30P 11-May-14 .25 hrs Annual Leave Disapproved
Need weekend for wedding
Requested: 4-Apr-14 8:39am
Supr: request noted

04:15P 6-Jun-14 to 04:30P 6-Jun-14 .25 hrs Annual Leave Approved
church function
Requested: 6-Jun-14 4:15pm

02:00P 19-Jun-14 to 04:30P 19-Jun-14 2 hrs Sick Leave Approved
rescheduled dental appt.
Requested: 17-Jun-14 8:26am

10:00A 20-Jun-14 to 04:30P 20-Jun-14 6.5 hrs Authorized Absence Approved
depositions
Requested: 16-Jun-14 9:03am

08:30A 20-Jun-14 to 10:00A 20-Jun-14 1.5 hrs Authorized Absence Approved
deposition-amended time
Requested: 23-Jun-14 7:57am

09:00A 23-Jun-14 to 04:30P 23-Jun-14 7.5 hrs Authorized Absence Approved
depositions
Requested: 16-Jun-14 9:05am

08:30A 23-Jun-14 to 09:00A 23-Jun-14 .5 hrs Authorized Absence Approved
deposition-
Requested: 23-Jun-14 7:55am

09:30A 25-Jun-14 to 04:30P 25-Jun-14 7 hrs Authorized Absence Approved
depositions
Requested: 16-Jun-14 9:08am

08:30A 25-Jun-14 to 09:30A 25-Jun-14 1 hrs Authorized Absence Approved
deposition
Requested: 18-Jun-14 8:58am

09:00A 26-Jun-14 to 04:30P 26-Jun-14 7.5 hrs Authorized Absence Approved
depositions

VA-0661

Privacy Act Protected

Requested: 18-Jun-14  8:50am

09:30A 27-Jun-14 to NOON 27-Jun-14 2.5 hrs Authorized Absence Approved
    depositions
    Requested: 18-Jun-14  9:40am

NOON 27-Jun-14 to 04:30P 27-Jun-14 4.5 hrs Sick Leave Approved
    Requested: 27-Jun-14 12:02pm

09:30A  1-Jul-14 to 11:30A  1-Jul-14 2 hrs Authorized Absence Approved
    deposition-confirmed time
    Requested: 20-Jun-14  8:08am

08:00A  3-Jul-14 to 01:00P  3-Jul-14 5 hrs Authorized Absence Approved
    depos.@11am but may need travel time. Will adjust.
    Requested: 26-Jun-14  8:39am

01:00P  3-Jul-14 to 02:30P  3-Jul-14 1.5 hrs Authorized Absence Approved
    deposition travel back delayed
    Requested:  3-Jul-14  2:39pm

08:00A 19-Jul-14 to 04:30P 20-Jul-14 .25 hrs Annual Leave Disapproved
    weekend off please
    Requested: 27-May-14  9:35am
    Supr: request noted

08:00A 26-Jul-14 to 04:30P 27-Jul-14 .25 hrs Annual Leave Disapproved
    need to travel
    Requested: 27-May-14  9:49am
    Supr: request noted

02:00P 31-Jul-14 to 04:30P 31-Jul-14 2.5 hrs Sick Leave Approved
    dental appt
    Requested: 11-Jul-14  1:53pm

08:00A  4-Aug-14 to 04:30P 11-Aug-14 48 hrs Annual Leave Approved
    leave planning - approved
    Requested: 16-Jan-14  9:22am

08:00A 13-Aug-14 to 04:30P 13-Aug-14 8 hrs Authorized Absence Approved
    Jury Duty
    Requested: 17-Jul-14  8:58am

08:00A 13-Aug-14 to 12:30P 13-Aug-14 4.5 hrs Authorized Absence Approved
    Jury duty-early dismissal- adjusted time
    Requested: 14-Aug-14  9:28am

08:00A 18-Aug-14 to 04:30P 18-Aug-14 8 hrs Annual Leave Approved
    personal matter
    Requested: 19-Aug-14  7:40am

08:00A 21-Aug-14 to 04:30P 21-Aug-14 8 hrs Annual Leave Disapproved
    spoke with supervisor
    Requested: 20-Aug-14  3:42pm
    Supr: not enough leave

08:00A 21-Aug-14 to NOON 21-Aug-14 4 hrs Annual Leave Approved
    Requested: 2-Sep-14  9:49am

VA-0662

Privacy Act Protected

02:30P 21-Aug-14 to 04:30P 21-Aug-14 2 hrs Without Pay Approved
   not enough leave to cover
   Requested: 2-Sep-14 9:55am

12:30P 21-Aug-14 to 02:30P 21-Aug-14 2 hrs Annual Leave Approved
   Requested: 2-Sep-14 9:56am

08:00A 22-Aug-14 to 04:30P 22-Aug-14 8 hrs Family Care Approved
   need additional day due to flight schedule-please
   Requested: 15-Jul-14 8:22am

08:00A 25-Aug-14 to 04:30P 29-Aug-14 40 hrs Family Care Approved
   to care for 98 yr old father.
   Requested: 27-Jan-14 11:47am

08:00A 9-Sep-14 to 04:30P 10-Sep-14 16 hrs Sick Leave Approved
   Requested: 11-Sep-14 7:54am

08:00A 13-Sep-14 to 04:30P 14-Sep-14 .25 hrs Annual Leave Disapproved
   BD weekend,please don't schedule to work
   Requested: 3-Jul-14 8:57am
   Supr: request noted

02:00P 25-Sep-14 to 04:30P 25-Sep-14 2.5 hrs Sick Leave Approved
   dental
   Requested: 8-Jul-14 4:04pm

08:00A 1-Oct-14 to 04:30P 1-Oct-14 8 hrs Annual Leave Approved
   personal leave
   Requested: 2-Oct-14 7:55am

08:00A 11-Oct-14 to 04:30P 12-Oct-14 .25 hrs Annual Leave Disapproved
   church anniversary activities on Sat and Sun. please
   Requested: 14-Aug-14 8:10am
   Supr: NOTED

08:00A 14-Oct-14 to NOON 14-Oct-14 4 hrs Sick Leave Approved
   Annual physical
   Requested: 19-Aug-14 7:56am

08:00A 14-Oct-14 to 11:00A 14-Oct-14 3 hrs Sick Leave Approved
   Revised from previously approved time for DR. appt
   Requested: 14-Oct-14 11:43am

08:00A 31-Oct-14 to 08:15A 31-Oct-14 .25 hrs Annual Leave Approved
   Car issues-traffic- called into Chief 7:45am
   Requested: 31-Oct-14 8:19am

08:00A 1-Nov-14 to 04:30P 2-Nov-14 .25 hrs Annual Leave Disapproved
   requesting not to be scheduled-thank you
   Requested: 16-Sep-14 9:13am
   Supr: request noted

08:00A 6-Nov-14 to 04:30P 6-Nov-14 8 hrs Annual Leave Approved
   family matter
   Requested: 4-Nov-14 8:03am

VA-0663

Privacy Act Protected

08:00A 28-Nov-14 to 04:30P 28-Nov-14 8 hrs Annual Leave Approved
   To see my Father for family Thanksgiving
   Requested: 29-Sep-14  7:58am

08:00A  6-Dec-14 to 04:30P  7-Dec-14 .25 hrs Annual Leave Disapproved
   Please don't schedule
   Requested: 23-Sep-14  7:50am
   Supr: request noted

01:00P 16-Dec-14 to 01:15P 16-Dec-14 .25 hrs Annual Leave Approved
   late from lunch
   Requested: 16-Dec-14  1:15pm

08:00A 26-Dec-14 to 04:30P 26-Dec-14 8 hrs Annual Leave Disapproved
   Requested: 25-Nov-14  1:51pm
   Supr: demetria off. Anita off thanksgiving

08:00A 27-Dec-14 to 04:30P 28-Dec-14 .25 hrs Annual Leave Disapproved
   please don't schedule*family in town for holiday*
   Requested: 16-Oct-14  8:20am
   Supr: request noted

08:00A 31-Dec-14 to 08:15A 31-Dec-14 .25 hrs Annual Leave Approved
   lab draw-running late to arrive at work
   Requested: 31-Dec-14  8:24am

08:00A 16-Jan-15 to 04:30P 18-Jan-15 8.25 hrs Annual Leave Approved
   Please consider Friday and weekend + holiday
   Requested: 22-Dec-14  8:25am

08:30A 10-Feb-15 to 05:00P 11-Feb-15 16 hrs Authorized Absence Disapproved
   Deposition of Robert Stewart
   Requested:  9-Feb-15  8:30am
   Supr: must be AL

08:30A 10-Feb-15 to 05:00P 10-Feb-15 8 hrs Annual Leave Approved
   Deposition of Dr. Stewart for EEO trial
   Requested: 11-Feb-15  8:39am

04:45P 11-Feb-15 to 05:00P 11-Feb-15 .25 hrs Annual Leave Approved
   for appt.
   Requested: 11-Feb-15  3:55pm

02:00P 26-Feb-15 to 05:00P 26-Feb-15 3 hrs Sick Leave Approved
   dental appt
   Requested: 26-Feb-15  9:03am

02:00P  6-Mar-15 to 04:00P  6-Mar-15 2 hrs Annual Leave Approved
   to attend funeral of close friend
   Requested:  2-Mar-15  7:35am

04:00P 27-Mar-15 to 05:00P 27-Mar-15 1 hrs Annual Leave Approved
   visit with family
   Requested: 26-Mar-15  9:05am

08:00A 28-Mar-15 to 04:30P 28-Mar-15 .25 hrs Annual Leave Disapproved
   weekend committment please don't schedule
   Requested: 15-Feb-15 11:17am

VA-0664

Privacy Act Protected

Supr: noted

03:00P 8-May-15 to 04:00P 8-May-15 1 hrs Annual Leave Approved
Requested: 5-May-15 10:25am

07:30A 12-May-15 to 04:00P 12-May-15 8 hrs Sick Leave Approved
Requested: 13-May-15 7:17am

02:00P 28-May-15 to 04:00P 28-May-15 2 hrs Sick Leave Approved
dental appt
Requested: 7-Apr-15 7:39am

07:30A 1-Jun-15 to 04:00P 1-Jun-15 8 hrs Annual Leave Approved
addition to approved vacation
Requested: 4-May-15 8:36am

08:00A 2-Jun-15 to 04:30P 9-Jun-15 48 hrs Annual Leave Approved
leave planning
Requested: 3-Nov-14 8:01am

08:30A 10-Jun-15 to 05:00P 10-Jun-15 8 hrs Annual Leave Approved
additional day for late return on 6/9 travel out of country
Requested: 13-Jan-15 8:46am

07:30A 6-Jul-15 to 04:00P 10-Jul-15 40 hrs Annual Leave Disapproved
leave planning*requesting weekend before off please
Requested: 22-Nov-15 3:37pm
Supr: dates are in the past, please re-enter

11:00A 16-Jul-15 to 04:00P 16-Jul-15 5.25 hrs Authorized Absence Approved
Federal court mediation
Requested: 27-May-15 8:02am

07:30A 7-Aug-15 to 04:00P 7-Aug-15 8 hrs Annual Leave Approved
Anniversary
Requested: 13-Jul-15 9:06am

08:30A 10-Aug-15 to 05:00P 14-Aug-15 40 hrs Family Care Approved
Care for 99 yr old father
Requested: 5-Feb-15 8:23am

07:00A 15-Aug-15 to 04:00P 16-Aug-15 .25 hrs Family Care Disapproved
please don't schedule weekend
Requested: 24-Jun-15 3:03pm
Supr: noted

07:00A 17-Aug-15 to 04:00P 17-Aug-15 8 hrs Family Care Approved
additional day needed for care of my father,Thanks.
Requested: 24-Jun-15 2:48pm

07:30A 17-Aug-15 to 04:00P 17-Aug-15 8 hrs Family Care Approved
Requested: 18-Aug-15 9:44am

08:30A 11-Sep-15 to 05:00P 15-Sep-15 24 hrs Annual Leave Approved
"special birthday celebration"
Requested: 5-Jan-15 7:44am

02:00P 1-Oct-15 to 04:00P 1-Oct-15 2 hrs Sick Leave Approved

Privacy Act Protected

dental appt
Requested: 10-Jul-15 8:21am

03:00P 2-Oct-15 to 04:00P 2-Oct-15 1 hrs Annual Leave Approved
Requested: 28-Sep-15 10:09am

07:30A 8-Oct-15 to 04:00P 9-Oct-15 16 hrs Annual Leave Approved
Requested: 23-Sep-15 3:26pm

10:15A 21-Oct-15 to 10:45A 21-Oct-15 .5 hrs Sick Leave Approved
lab appointment
Requested: 21-Oct-15 10:49am

07:00A 28-Oct-15 to 12:30P 28-Oct-15 5.5 hrs Sick Leave Approved
ANNUAL PHYSICAL*MAY RETURN SOONER AND WILL EDIT
Requested: 17-Sep-15 9:34am

07:30A 13-Nov-15 to 04:00P 13-Nov-15 8 hrs Annual Leave Approved
weekend trip to Altanta to see daughter
Requested: 21-Sep-15 8:16am

08:00A 14-Nov-15 to 04:30P 15-Nov-15 .25 hrs Annual Leave Disapproved
please do not schedule
Requested: 21-Sep-15 8:18am
Supr: noted

08:00A 23-Nov-15 to 04:30P 27-Nov-15 40 hrs Annual Leave Disapproved
leave planning
Requested: 3-Nov-14 8:04am
Supr: off Thanksgiving 2014

07:30A 3-Dec-15 to 04:00P 3-Dec-15 8 hrs Sick Leave Approved
Requested: 4-Dec-15 7:17am

03:00P 11-Dec-15 to 04:00P 11-Dec-15 1 hrs Annual Leave Approved
Requested: 1-Dec-15 11:45am

08:00A 12-Dec-15 to 04:30P 13-Dec-15 .25 hrs Annual Leave Disapproved
Out of town guest will work 1st weekend in Dec IF needed
Requested: 21-Oct-15 8:21am
Supr: noted

08:00A 19-Dec-15 to 04:30P 20-Dec-15 .25 hrs Annual Leave Disapproved
Please do not schedule have weekend plans-will work my turn
Requested: 16-Oct-15 9:03am
Supr: noted

08:00A 21-Dec-15 to 04:30P 28-Dec-15 40 hrs Annual Leave Disapproved
Leave planning
Requested: 17-Dec-14 3:14pm
Supr: please re-enter 1/5 per leave planning email

08:30A 21-Dec-15 to 05:00P 28-Dec-15 40 hrs Annual Leave Approved
leave planning 2nd round
Requested: 5-Jan-15 7:42am

VA-0666

Privacy Act Protected

# EXHIBIT V

**Leave Used Summary**
**05/04/2018 - 12/31/2019**

Privacy Act Protected

| | | | | | |
|---|---|---|---|---|---|
| SLY, ROSA - ROSA.SLY | 11 Mon 27-May-19 | Other Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 11 Wed 29-May-19 | Annual Leave | 10:00am | 3:00pm | 4:30 Hours |
| SLY, ROSA - ROSA.SLY | 11 Thu 30-May-19 | Annual Leave | 9:30am | 3:00pm | 5:00 Hours |
| SLY, ROSA - ROSA.SLY | 11 Fri 31-May-19 | Annual Leave | 9:30am | 1:30pm | 3:30 Hours |
| SLY, ROSA - ROSA.SLY | 12 Tue 18-Jun-19 | Annual Leave | 9:30am | 3:30pm | 5:30 Hours |
| SLY, ROSA - ROSA.SLY | 12 Wed 19-Jun-19 | Annual Leave | 9:30am | 3:00pm | 5:00 Hours |
| SLY, ROSA - ROSA.SLY | 13 Wed 03-Jul-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 13 Thu 04-Jul-19 | Other Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 13 Fri 05-Jul-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 14 Tue 09-Jul-19 | Annual Leave | 9:00am | 4:30pm | 7:00 Hours |
| SLY, ROSA - ROSA.SLY | 15 Fri 26-Jul-19 | Sick Leave | 12:30pm | 4:30pm | 4:00 Hours |
| SLY, ROSA - ROSA.SLY | 16 Mon 05-Aug-19 | Sick Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 16 Fri 09-Aug-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 16 Fri 16-Aug-19 | Annual Leave | 8:00am | 12:00pm | 4:00 Hours |
| SLY, ROSA - ROSA.SLY | 16 Fri 16-Aug-19 | Other Leave | 12:30pm | 4:30pm | 4:00 Hours |
| SLY, ROSA - ROSA.SLY | 17 Tue 20-Aug-19 | Annual Leave | 9:00am | 11:00am | 2:00 Hours |
| SLY, ROSA - ROSA.SLY | 17 Thu 22-Aug-19 | Sick Leave | 3:30pm | 4:30pm | 1:00 Hours |
| SLY, ROSA - ROSA.SLY | 17 Mon 26-Aug-19 | Annual Leave | 8:00am | 10:00am | 2:00 Hours |
| SLY, ROSA - ROSA.SLY | 17 Thu 29-Aug-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 17 Fri 30-Aug-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 18 Mon 02-Sep-19 | Other Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 18 Thu 12-Sep-19 | Sick Leave | 12:30pm | 4:30pm | 4:00 Hours |
| SLY, ROSA - ROSA.SLY | 19 Wed 18-Sep-19 | Court Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 19 Fri 27-Sep-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 20 Wed 02-Oct-19 | Sick Leave | 12:30pm | 4:30pm | 4:00 Hours |
| SLY, ROSA - ROSA.SLY | 21 Mon 14-Oct-19 | Other Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 21 Tue 15-Oct-19 | Sick Leave | 12:30pm | 4:30pm | 4:00 Hours |
| SLY, ROSA - ROSA.SLY | 22 Wed 30-Oct-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 22 Thu 31-Oct-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 22 Fri 01-Nov-19 | Sick Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 23 Mon 11-Nov-19 | Other Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 23 Fri 22-Nov-19 | Sick Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 24 Wed 27-Nov-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 24 Thu 28-Nov-19 | Other Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 24 Fri 29-Nov-19 | Annual Leave | 8:00am | 4:30pm | 8:00 Hours |
| SLY, ROSA - ROSA.SLY | 25 Wed 11-Dec-19 | Sick Leave | 1:30pm | 4:30pm | 3:00 Hours |
| SLY, ROSA - ROSA.SLY | 25 Fri 13-Dec-19 | Time Off Award | 12:30pm | 4:30pm | 4:00 Hours |
| SLY, ROSA - ROSA.SLY | 26 Tue 24-Dec-19 | Other Leave | 8:00am | 4:30pm | 8:00 Hours |

VA-0639

# EXHIBIT W



**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF RESOLUTION MANAGEMENT**
**SOUTHEAST DISTRICT**
**COUNSELOR REPORT**



**CASE NUMBER: 200I-0516-2016102804**
**COUNSELOR NAME: Simon, Joyce**

| | |
|---|---|
| Name of Aggrieved Party: | Ms. Noris Babb |
| Home and/or Alternate Address: | ▇▇▇▇▇▇▇ |
| Home Telephone Number: | N/A |
| Cellular/Mobile Number | ▇▇▇▇▇▇ |
| Business Address: | 10000 Bay Pines Blvd<br>Bay Pines, FL 33504 |
| Business Telephone Number: | 727-398-6661 x10571 |
| Email Address: | Noris.Babb@va.gov |
| Position Title/Grade: | Clinical Pharmacist  /  / GS 13 |

| Employee | X | Former Employee | X | Applicant | | | | |
|---|---|---|---|---|---|---|---|---|
| VHA | X | VBA | | NCA | | Canteen | | Other |
| Title 5 | | Title 38 | | Hybrid T38 | X | Full-time | X | Part-time |
| Probationary | | Career | X | Career Conditional | | Temporary | | Term |

| | |
|---|---|
| Name of Facility: | VAMC, BAY PINES |
| Address of Facility: | 10000 Bay Pines Blvd<br>Bay Pines, FL 33504 |
| Facility Telephone Number: | 727-398-6661 |
| Name of Representative: | Joseph Magri | Attorney - Yes |
| Representative's Address: | 5601 Mariner St Suite 400,<br>Tampa, FL 33609 |
| Representative's Telephone: | (813) 281-9000 |

**NOTIFICATION OF PROCEDURAL RIGHTS**

| | | | | |
|---|---|---|---|---|
| Initial Contact: | Telephone | | Date: | 03/22/2016 |
| Initial Interview | | | Date: | 03/23/2016 |
| Rights & Responsibilities/Notices: | Email: | 03/25/2016 | Rec'd: | 03/25/2016 |
| Notice to Unreachable Aggrieved: | UPS/Cert Mail: | N/A | Rec'd: | N/A |
| Agreed to Waive Anonymity: | YES   [X] | NO [X] | Date | 03/23/2016 |
| Notification to Facility Director | | | Date: | 03/25/2016 |
| ADR offered by facility [  ] MOU [X]: | YES   [X] | NO [ ] | Date: | 03/22/2016 |
| Facility Returned Signed Refusal | YES   [ ] | NO [X] | Date | N/A |
| ADR Agreed to by Aggrieved: | YES   [ ] | NO [X] | Date: | 04/15/2016 |
| Settlement (SA)  [ ] | Withdrawal (WD)  [ ]: | | Date: | N/A |
| Notice of Closure (for SA/WD): | Regular Mail: | N/A | Rec'd: | N/A |
| Notice of Right to File: | Email: | 04/15/2016 | Rec'd: | 04/15/2016 |

# EXHIBIT X

COMPLAINT CASE NUMBER: 2001-0516-2016102804

OMB No. 2900-0746
RESPONDENT BURDEN: 30 Min.

| **VA** Department of Veterans Affairs | **COMPLAINT OF EMPLOYMENT DISCRIMINATION** |
|---|---|

*Read the instructions on the reverse side of this form carefully before completing the front of this form.*

| 1. NAME *(Last, first, middle initial)(Please print)* | 3. MAILING ADDRESS | 4a. WORK TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| Babb, Noris D. | ▉ | (727) 398-6661 |
| 2. EMAIL ADDRESS | | 4b. HOME TELEPHONE NUMBER *(Include Area Code)* ▉ |

| 5. ARE YOU: | 6a. JOB TITLE, SERIES AND GRADE | 7. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED |
|---|---|---|
| [X] A VA EMPLOYEE | Pharmacist, GS-13 | VA Medical Center |
| [ ] AN APPLICANT FOR EMPLOYMENT | 6b. SERVICE/SECTION/PRODUCT LINE | Applied Health Svcs Pharmacy Service |
| [ ] A FORMER VA EMPLOYEE | Pharmacy | Bay Pines, FL |

NOTE: For each employment related matter that you believe was discriminatory you must list the bases (*list one or more of the following*): Race *(Specify)*, Color *(Specify)*, Religion *(Specify)*, Sex *(Male or Female)*, National Origin *(Specify)*, Age *(Provide date of birth)*, Disability *(Specify)*, Genetic Information, and Reprisal for prior EEO activity or having opposed discrimination.

| 8. BASIS | 9. CLAIM(S) *(What employment related claim(s) - personnel action(s), incident(s), or event(s) caused you to file this complaint? Briefly describe what happened below. Use an additional sheet of paper if necessary. You should not include information that violates the Privacy Act of 1974 and the Health Insurance Portability and Accountability Act (HIPAA). Some examples are patient medical records, personal records of other VA-employees, etc.)* | 10. DATE OF OCCURRENCE *(Include the most recent date(s)* |
|---|---|---|
| Reprisal | Time and Attendance: Dr. Babb had to use Annual Leave to attend depositions of Management Officials in her civil court case. | Feb. 16, 2016 Feb. 18, 2016 Feb. 19, 2016 |
| | Dr. Babb received an email from Carolyn Combs, Pharmacy Supervisor of Clinical Services disallowing her use of Official EEO time to attend during management's depositions. | Feb. 5, 2016 |

RECEIVED APR 29 2016
By ORM-SED

| 11. REMEDIES SOUGHT *(Use an additional sheet of paper if necessary.)* |
|---|
| Corrective action, emotional distress, attorney's fees. |

| 12a. DO YOU HAVE A REPRESENTATIVE? | 12c. PROVIDE THE NAME AND ADDRESS OF YOUR REPRESENTATIVE | 12d. TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| [X] YES   [ ] NO | Joseph D. Magri | (813) 281-9000 |
| 12b. IF "YES," IS HE OR SHE AN ATTORNEY? | Merkle Magri & Meythaler, P.A. | 12e. EMAIL ADDRESS |
| [X] YES   [ ] NO | 5601 Mariner St., Suite 400, Tampa, FL 33609 | jmagri@merklemagri.com |

| 13a. HAVE YOU CONTACTED AN EEO COUNSELOR? | 13b. NAME OF EEO COUNSELOR | 13c. DATE OF INITIAL CONTACT WITH ORM |
|---|---|---|
| [X] YES   [ ] NO | Joyce Simon | March 22, 2016 |

14. If you contacted an EEO Counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 10, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (Use an additional sheet of paper, if necessary.)

| 15a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE? | 15b. IF "YES", LIST THE CLAIM(S) AND DATE GRIEVANCE FILED | 16a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE? | 16b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED. |
|---|---|---|---|
| [ ] YES   [X] NO | n/a | [ ] YES   [X] NO | n/a |

| 17a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE? | 17b. IF "YES," PROVIDE THE NAME AND ADDRESS |
|---|---|
| [ ] YES   [X] NO | n/a |

| 18. SIGNATURE OF COMPLAINANT *(Do not print)* | 19. DATE |
|---|---|
| *Noris Babb* | 4-25-16 |

VA FORM AUG 2012 **4939**   SUPERSEDES VA FORM 4939, JAN 2012, WHICH SHOULD NOT BE USED.



District Manager
Office Of Resolution Management
Dept. Of Veterans Affairs
140 Fountain Pkwy N Ste 620
St. Petersburg, FL 33716-1274

UF

7015 3430 0000 1104 5259

CERTIFIED MAIL

7015 3430 0000 1104 5259

000005

# EXHIBIT Y

VA Healthcare System                     VAHCS MEMORANDUM 516-12-05-001
Bay Pines, FL  33744                                September 2012

## HOURS OF DUTY AND LEAVE/ABSENCE

**1**.  **PURPOSE:**  This Department of Veterans Affairs (VA) Healthcare System Memorandum restates policy, responsibility, and procedures regarding hours of duty and leave/absence.  This policy applies to all organizational elements.

**2**.  **POLICY**

   a.  Department of Veterans Affairs policy will be followed in all cases except when VA policy conflicts with the negotiated agreement where bargaining unit positions are concerned.  Supervisors of employees in bargaining unit positions will familiarize themselves and apply, where appropriate, the provisions of the applicable negotiated agreements in addition to and in harmony with the provisions of this policy statement.

   b.  **Hours of Duty**

   (1)  In scheduling hours and tours of duty, primary consideration will be given to accomplishing the mission of the Bay Pines VA Healthcare System (BPVAHCS), efficiency in management, conduct of agency functions, and equitable treatment of employees.  Work schedules will be established in advance of the administrative work-week.

   (2)  The BPVAHCS is open for the transaction of public business from 8:00 a.m. to 4:30 p.m., Monday through Friday, excluding holidays.  The normal tour of duty is the same as the Healthcare System's business hours.

   (3)  The basic work-week for all full-time employees not on compressed work schedules (except physicians, dentists, podiatrists, and optometrists) is 40 hours.  Full-time physicians, dentists, podiatrists, and optometrists are required to be available for work 24 hours a day, seven days a week, unless excused by proper authority; these employees, however, will normally be scheduled to work 40 hours per week.

   c.  **Overtime** (not applicable to physicians, dentists, podiatrists, and optometrists)

   (1)  See also VAHCS Memorandum 516-09-04-006, Overtime/Compensation Time, for the Healthcare System policy/procedure regarding the documentation required to request/authorize overtime work.

   (2)  All hours of work officially ordered and approved in excess of eight hours in a day or 40 hours in an administrative work-week is considered to be overtime.  (Exception: Employees on approved compressed work schedules.)

   (3)  Overtime/compensatory time must be authorized and approved in advance by preparation of an electronic overtime or compensatory (OT/CT) request by the unit timekeeper.  Overtime will only be approved when necessary operations cannot be performed through planned coverage by on-duty personnel during their regular schedules and when situations are considered critical emergencies.  Operating officials are required to be cognizant of the availability of funds.

1

**VAHCS MEMORANDUM 516-12-05-001**                                    **September 2012**

(4)  For information concerning overtime occurring under the Fair Labor Standards Act (FLSA), please refer to VAHCS Memorandum 516-08-05-022.

d.  **Leave and Absence**

(1)  The leave and absence program will be administered in a uniform and equitable manner within the scope of applicable laws and regulations.  All employees are expected to be on duty during their scheduled hours unless excused by proper authority.

(2)  Employees may request leave in any amount (dependent upon accrual) and pattern desired. Minimum credit and charge for leave shall be in day increments for full-time physicians, dentists, podiatrists, and optometrists, and quarter hour increments for all other employees.  Approval, disapproval, and/or rescheduling is a supervisory responsibility and will depend upon staffing and/or workload requirements.  Approved leave will not be canceled except in unusual cases.  Intermittent employees, stipend students, and fee basis providers do not accrue leave.

(3)  Annual leave schedules will be arranged in advance to provide minimum disruption of work, to encourage vacations of two consecutive weeks, and to avoid forfeiture of annual leave.

(4)  There is no authority to approve annual leave when it is known in advance that the employee will not be returning to duty, (emergencies may be considered by the Director, BPVAHCS, based upon the needs of the service.

(5)  Normally an employee may not be granted sick leave due to personal illness or injury for any period during which it is known that the employee performs outside employment.  Requests for exception may be submitted in writing through channels to the Director, BPVAHCS based upon the need of the service.

3.  **ACTION**

a.  <u>**Responsibilities**</u>

(1)  The Human Resources Officer and Fiscal Officer are responsible for providing advice and guidance to operating officials.

(2)  Supervisors are responsible for the proper administration of the leave and absence policies. This includes:  ensuring that subordinate supervisors are properly trained in their responsibilities; planning and scheduling annual leave on a leave year basis; acting promptly on leave/absence requests; determining the necessity for, or continuation of sick leave certification (see paragraph c(4), below); maintaining control over attendance and leave/absences; promptly notifying unit timekeepers of attendance status; ensuring the correctness of time and attendance reports; ensuring medical clearance before the return to duty of employees exposed to contagious diseases, or incapacitated due to serious health conditions; ascertaining that the circumstances justify the approval of sick leave and that sick leave accrual is available; being knowledgeable of their responsibilities under the negotiated agreements; complete and accurate posting on time and attendance reports, etc.

2

September 2012                                              **VAHCS MEMORANDUM 516-12-05-001**

(3)  Employees are responsible for observing the leave and absence policies, requesting leave and absence <u>in advance</u>, submitting accurate statements about leave and absences, submitting copies of military orders or certificates of attendance when received (i.e. well in advance of their effective dates), submitting medical certifications when requested, reporting and requesting advance approval of any outside employment during a period for which sick leave is requested, being knowledgeable of their individual leave accruals to include knowledge of their maximum permissible annual leave carry-over balance to avoid forfeiture, and **initiating an electronic leave request (ELR) for leave in advance of leave usage or immediately upon return to duty.**

b.  <u>**Hours of Duty**</u>

(1)  Tours of duty may be established when adherence to the normal tour is administratively impracticable, will handicap operations, or result in substantially increased costs.  Special tours of duty may also be established to accommodate handicapped employees and to allow General Schedule and Title 38 employees to take courses at nearby educational institutions under certain conditions with advanced approval.  Compressed work schedules (<u>i.e. an 80-hour biweekly work requirement which is scheduled for less than 10 workdays</u>) may be requested after careful advance planning, good employee communication, and as appropriate, involvement/coordination with the exclusive representative.  Significant coordination and documentation is required to establish compressed work schedules which only the Director, BPVAHCS, may approve or discontinue; consequently, it is strongly suggested that a service chief who is contemplating requesting a compressed work schedule contact the Chief, Employee/Labor Relations (prior to any action) to discuss the ramifications of and documentation needs for a compressed work schedule.

(2)  Service chiefs are responsible for recommending to the Human Resources Officer tours of duty other than those already established.  If the Human Resources Officer does not have the authority to approve the request (as outlined in VAMC Memorandum 516-12-00-007, Delegations of Authority) or if he/she believes the Director, BPVAHCS, approval should be obtained, he/she will endorse and forward through channels as appropriate.  Arbitrary changes to tours of duty for the convenience of the employee will not be considered.  All requests for uncommon tours of duty will contain:  the applicable T&L unit number; a complete justification of need (and, if applicable, justification if tour does not include a 30-minute meal break); signature of service chief; and signature block for the Human Resources Officer.  Requests for establishing a special tour for educational purposes (for General Schedule and Title 38 employees) will contain, in addition to the above: signature blocks for the Associate Director, BPVAHCS, Chief of Staff, or Associate Director for Patient and Nursing Services (as appropriate), and the Director, BPVAHCS; how the tour will not appreciably interfere with work accomplishment; that additional costs for personal services will not be incurred; how completion of the course of education will equip the employee for more effective work in the VA and how the education is related to the employee's current duties/responsibilities; and how long the tour will last.  Approved changes to tours of duty will be forwarded to Fiscal Service by the Human Resources Management Service.

(3)  Full-time physicians, dentists, podiatrists, and optometrists may be granted an "in-lieu" non-work day for work performed on a holiday, or the day observed as a holiday, providing that the employee's services can be spared without detriment to patient care.  Such "in-lieu" days must be taken within 90 days of the holiday worked.  The approving authority for this is the employee's immediate supervisor.

3

VAHCS MEMORANDUM 516-12-05-001                                      September 2012

(4)  Full-time physicians, dentists, podiatrists and optometrists may be granted approved absence, not to exceed 24 consecutive hours for rest and relaxation when required to serve long hours in arduous professional efforts in the care and treatment of patients.  This authorized absence if approved must be taken immediately (i.e. the next day, if the next day is a scheduled duty day) following the arduous duty to provide appropriate/necessary rest and relaxation for the health of the individual.  Absences for part of a work day will result in a full day's charge to leave unless it is of short duration and excused by the supervisor.

   c.  **Leave and absence types, delegated approving authorities, and manner of requests are outlined in Appendix A.**  Leave and absence must be requested using an electronic leave request (ELR) and approved **in advance.**  Employees who find it necessary to be absent for any reason are required to notify their supervisor and they are encouraged to make a conscientious effort to do so prior to the beginning of their tour.  If extenuating circumstances exist which do not permit this, employees have until two hours after the beginning of the tour to notify their immediate supervisor of their absence.  Immediately upon return to duty the employee must enter an ELR for the entire period of absence.  (Note: Emergency requests made to someone other than the employee's supervisor, do not imply automatic approval.)  If the immediate supervisor is not available at the time of contact, the employee must speak to the supervisor in charge who will determine approval/disapproval and provide a decision to the employee.  **(Requesting annual or leave without pay (LWOP) using the BPVAHCS voicemail messaging system is not an approved method).**   For approved methods for requesting sick leave, see your Service level policy and the Master Agreement between the Department of Veterans Affairs and the American Federation of Government Employees.

   (1) <u>Nondiscretionary Leave Approval</u>.  Upon submission of proper documentation, the following requests must be approved.  See Appendix A for method of requesting leave and approving officials.

   (a)  Medical treatment of service-connected disabled veterans (sick leave, annual leave, LWOP).

   (b)  Military Leave (Reserves/National Guard):  Any full-time Federal civilian employee whose appointment is not limited to one year is entitled to military leave for active and inactive duty training, usually NTE 15 days per fiscal year.  (The law on military leave does not apply to employees with temporary appointments of one year or less, intermittent employees, and part-time career employees with a less than 16 hours scheduled tour per week.)  Eligible employees are entitled to carry-over 15 days military leave but not exceed a total of 30 days in a fiscal year.  All requests for active or inactive military leave must be supported by a copy of the employee's military orders.  All employees are required to notify their immediate supervisor as soon as it is known to them that they need to request military leave, even if the employee has not yet received their military orders.  Upon return to duty from military leave, the employee must submit signed, written documentation of attendance through the leave approving official to the Payroll Section indicating the dates of military service performed.

   (c)  Court Leave:  The regulations on court leave are complex (e.g. official versus unofficial witness on behalf of the government can be an official duty/pay status and can be court leave); consequently, advice should be obtained from the Human Resources Management Service.  Jury Duty is considered a civic responsibility and requests for release from such may be made only in exceptional and rare cases requiring the Director, BPVAHCS's approval, and submission of a letter to the court well in advance of the Jury Duty.  If court leave is approved, a copy of the notice/subpoena must be submitted through the leave approving official to the Payroll Section.

4

(d)  Sick leave pending approval of disability retirement (not optional retirement).  Upon Office of Personnel Management (OPM) approval of disability retirement, if the employee has a sick leave credit, it is the employee's option to continue sick leave use or immediately retire.

(e)  Leave for illness, injury and pregnancy based upon medical documentation indicating the employee is/was incapacitated for work and the dates of the incapacitation.

(2)  All other leave and absence requests are discretionary.  See Appendix A for method of requesting leave and approving officials.

(3)  Carry-Over of Annual Leave.  The normal rule that requires annual leave in excess of the maximum permissible carry-over to be forfeited at the end of the leave year may be suspended upon the approval of the Director, BPVAHCS.  Approval is contingent upon receipt of a written request and documentation showing that, (a) the leave was requested/scheduled and approved on an electronic leave request at least three pay periods prior to the end of the leave year, but subsequently, disapproved; (b) effort was made to reschedule the leave; and (c) that forfeiture was due to administrative error, exigencies of the public business, or sickness requiring the use of sick leave.  When an employee applies for disability retirement and employee's sick leave is projected to extend past the end of the leave year, the employee should submit an ELR to immediately schedule and use any annual leave in excess of employee's carry-over amount to preclude forfeiture and/or carry-over requests.  **(Immediately means prior to or concurrent with the application for disability retirement.)**  Excess annual leave that cannot be used before the end of the leave year and that was not scheduled three pay periods prior to the end of the leave year is forfeited.

(4)  Sick Leave Abuse.  Supervisors who believe that sick leave privileges are being abused should advise the employee in writing that a medical certificate may be required for each subsequent sick leave absence (see Appendix B).   If the medical certificate is not considered satisfactory, the supervisor will require the employee to obtain such evidence as necessary to support the leave request.  It will be the supervisor's responsibility to review the case no later than 6 months and make a determination concerning whether the requirement to furnish a medical certificate may be eliminated.  In any event, the employee will be notified in writing concerning the decision (see Appendix C for a suggested format).

(5)  Leave Without Pay (LWOP).  **Approval of LWOP is a matter of administrative discretion.** Employees cannot demand LWOP as a matter of right, except in the case of disabled Veterans who are entitled to LWOP if necessary for medical treatment under Executive Order 5396, and reservists and members of the National Guard who are entitled to LWOP if necessary to perform military training duties. Circumstances which justify approval of sick or annual leave will generally be sufficient basis for approving LWOP for a like period.  Leave without pay may be granted even though the employee has a sick or annual leave balance.  Acceptable documentation must be submitted by the employee for each request for LWOP **with the exception of employees who have filed a claim for OWCP, disability retirement, FMLA or Leave Transfer** (medical information which has been submitted to document these requests is sufficient for approval of LWOP and not need to be resubmitted unless specifically requested). The service chief is the approving authority for LWOP of 30 consecutive days or less and the Director, BPVAHCS, is the approving authority for LWOP for 31 or more consecutive days.  When making a recommendation for approval of LWOP, the following items must be considered/addressed:

(a)  There is expectation that the employee will return to duty;

**VAHCS MEMORANDUM 516-12-05-001**                                      **September 2012**

(b)  The needs of the service will not be unduly hampered by the granting of LWOP;

(c)  The employee's contribution or service is such to merit the granting of LWOP; and

(d)  One or more of the following advantages will accrue to the Healthcare System:

<u>1</u>.  The value of the employee will be increased;

<u>2</u>.  In the case of LWOP for training/education, the training/education is in a specialty needed by the VA;

<u>3</u>.  Retention of a capable employee in an area where recruitment is difficult; or

<u>4</u>.  Protection or improvement of an employee's health.

(6)  <u>Advanced Sick and Annual Leave</u>.  See Appendix D for a suggested format and the required certification necessary for advanced leave requests.  These requests should be **<u>RARE</u>** and only made when there is an extreme emergency and/or when the leave transfer program (See Appendix F) has failed.

(7)  <u>Excused Absence (Authorized Absence) for Training/Courses/Meetings/Conferences/ Conventions</u>. If **<u>travel orders</u>** are prepared for an employee's attendance at a conference, convention, training activity, etc., a charge is **<u>not</u>** made to excused absence on the timecard since this is considered duty time.  The timecard requires a posting of TV with a statement typed in the "remarks" section (e.g., Travel Authority # 516-6000 AIDS Conference in Las Vegas 10/25-10/30).  If, however, the employee applies for funding of a training activity and if the funding is not approved, he/she must request authorized absence by submission of an ELR, if attendance is desired.  Employees away from the duty area in the performance of VA activities (e.g., operating blood banks, recruitment, official visits to other local VA facilities, etc.) are not on excused absence since such is considered duty time.  Only those periods of absence for conferences, conventions, training activities, etc. in which the employee bears all expenses (except for the expense to the VA for their salary) is considered excused absence.  See the delegation of authority to approve excused absences in Appendix A and note the limitations contained therein.  (See also VAHCS Memorandum 516-11-11-082, Requesting Education Training and/or Travel Support, concerning policy/procedure for excused absences involving foreign travel.)  Appendix E provides a suggested format for requesting authorized absence when the Associate Director, Chief of Staff, Associate Director for Patient/Nursing Services, or Assistant Director is the approving official.

(8)  <u>Voluntary Leave Transfer Program</u>.  See Appendix F.

(9)  <u>Family and Medical Leave Act (FMLA)</u>.  See Appendix G.

(10)  <u>Leave Without Pay (LWOP) for Family Support Services</u>.  See Appendix H.

(11)  <u>Sick Leave to Care for a Family Member with a Serious Health Condition</u>.  See Appendix I.

6

Case 8:20-cv-02825-MSS-CPT   Document 71-2   Filed 08/19/22   Page 67 of 84 PageID 1066

4.  **REFERENCES**:  VA Directive and Handbook 5011.  OPM, Compensation Policy Memoranda (CPM), 2006-2007, dated September 12, 2006.

5.  **RESPONSIBILITY**:  The Human Resources Officer (05) is responsible for the contents of this VAHCS Memorandum.

6.  **RESCISSION**:  VAHCS Memorandum 516-06-05-001, dated December 2006.

7.  **RECERTIFICATION**:  This VAHCS Memorandum will be recertified on or before the last workday of September 2017.


                          Suzanne M. Klinker
                          Director, Bay Pines VA Healthcare System

**000134**

September 2012                                VAHCS MEMORANDUM 516-12-05-001
                                                            Appendix A

### LEAVE/ABSENCE REQUESTS AND APPROVING OFFICIALS

| LEAVE OR ABSENCE | METHOD OF REQUEST | APPROVING OFFICIAL |
|---|---|---|
| **Annual Leave**: | | |
| 3 days or less | Verbal (memo if required by supervisor) and ELR* | Immediate Supervisor |
| Over 3 days | ELR | Immediate Supervisor |
| Advanced[1] | ELR and memo thru supervisory channels and HRMS | Associate Director, Assistant Director, Chief of Staff, or Associate Director for Patient/Nursing Services, as appropriate |
| **Sick Leave**: | | |
| 3 days or less | Verbal (+physician's statement if required by supervisor in writing) and ELR | Immediate Supervisor |
| Over 3 days | ELR (supported by evidence or physician's statement) | Immediate Supervisor |
| Advanced[1] | ELR, memo and physician's Statement | Associate Director, Assistant Director, Chief of Staff, or Associate Director for Patient/Nursing Services, as appropriate |
| **Leave Without Pay (LWOP)**: 1-79 Hours | ELR | Immediate supervisor with concurrence of service chief |
| 80 Hours - 30 Days | ELR, memo & SF-52[2] thru supervisory channels and HRMS | Service chief (Associate Director, Assistant Director, Chief of Staff, or Associate Director for Patient/Nursing Services, as appropriate for service chiefs) |
| 31 Days or More[3] | ELR, memo and SF-52 thru supervisory channels and HRMS | Director |

**\*Electronic Leave Request (ELR)**

A-1

**VAHCS MEMORANDUM 516-12-05-001**                                   September 2012
**Appendix A**

<u>**LEAVE/ABSENCE REQUESTS AND APPROVING OFFICIALS**</u>

| LEAVE OR ABSENCE | METHOD OF REQUEST | APPROVING OFFICIAL |
|---|---|---|
| **<u>Military Leave</u>**: | ELR, with copy of military order; must later show certification that duty was performed | Service chief, (Associate Director, Assistant Director, Chief of Staff, or Associate Director for Patient/Nursing Services, as appropriate for service chiefs) |
| **<u>Court Leave</u>**: | ELR with copy of order or subpoena; must show certification that duty was performed.  **NOTE**: Employee must turn in any fees received to Agent Cashier if a check/ money is received from the court. | Service chief (Associate Director, Assistant Director, Chief of Staff, or Associate Director for Patient/Nursing Services, as appropriate for service chiefs) |
| **<u>Voluntary Leave Transfer Program</u>**: | See Appendix F | Director |

A-2

Case 8:20-cv-02825-MSS-CPT   Document 71-2   Filed 08/19/22   Page 70 of 84 PageID 1069

| | | |
|---|---|---|
| **Authorized Absence**: | | |
| Tardiness of less than one hour | Verbal | Immediate Supervisor |
| Blood Donations - rest following the donation | Verbal[4] | Immediate Supervisor |
| Change in Station (Applicable only when the employee is being transferred for the convenience of the government from one VA station to another involving travel orders.) | ELR with explanation for use in remarks. | Immediate Supervisor |
| Rest and Relaxation (Arduous Duty) for up to 24 hours (see basic memo, para. 3b(4)). | Verbal | Immediate Supervisor |
| Participation in Civic Organizations | Verbal | Immediate Supervisor |

**VAHCS MEMORANDUM 516-12-05-001**                           September 2012
**Appendix A**

### LEAVE/ABSENCE REQUESTS AND APPROVING OFFICIALS

| LEAVE OR ABSENCE | METHOD OF REQUEST | APPROVING OFFICIAL |
|---|---|---|
| **Authorized Absence (cont'd)**:<br><br>Education/Training/ Meetings/Conferences/ Courses (where no funding other than salary and no foreign travel involved) | | |
| 1 to 40 hours (except for service chiefs) | ELR and copy of meeting/ conference/convention/training announcement/agenda | Service Chiefs |
| More than 40 hours but not to exceed 29 continuous calendar days (and service chiefs from 1 hour to 29 days) | Memo[6] thru supervisory channels and HRMS with copy of announcement/ agenda & ELR | Associate Director, Assistant Director, Chief of Staff, or Associate Director for Patient/Nursing Services, as appropriate |
| 30 continuous calendar days or more | Documentation describing request & ELR | Director |
| Union Requests | ELR and memo to HRMS | Associate Director, Assistant Director, Chief of Staff, or Associate Director for Patient/Nursing Services, as appropriate |
| Other Uses Of Authorized Absences | Memo thru supervisory channels and HRMS, & ELR | Associate Director, Assistant Director, Chief of Staff, or Associate Director for Patient/Nursing Services, as appropriate |

Note:  By its very nature a charge of absence without leave (AWOL) is not an authorized leave/absence; it is a unilateral charge of unauthorized leave/absence by the supervisor which may also result in disciplinary/adverse action (see also VAHCS Memorandums 516-02-05-2, Disciplinary and Adverse Actions – Title 5, and 516-99-05-17, Disciplinary and Major Adverse Actions Under 38 USC 7401).

A-4

FOOTNOTES:

1.      See Appendix D for suggested format for advanced leave requests.

2.      SF-52 necessary only when LWOP is for 30 days or more, OR when the LWOP involves an OWCP claim/case or any deviation

3.      See paragraph 3c(5) of this policy statement for the conditions which must be documented when recommending approval of LWOP of 31 days or more to the Director, BPVAHCS.

4.      Authorized absence for blood donations is not to be used as a reward system.  Generally, employees may be granted up to four hours of excused absence to donate blood. Additional time may be necessary/granted dependent upon individual circumstances when required for rest and relaxation or recuperation purposes.

5.      This delegation of approving authority to the service chief is limited.  The service chief may approve these authorized absences for no more than one (1) of his/her subordinates at any one time in like professions/occupations where more than eight (8) hours are involved (e.g., if two physicians are requesting authorized absence for the same period of time, or overlapping periods of time, in excess of eight (8) hours, the service chief may approve only one and request approval of the Associate Director, Assistant Director, Chief of Staff, or Associate Director for Patient/Nursing Services, as appropriate, for the other.  If, however, the service chief receives requests from one (1) RN and one (1) LPN for the same period of time, or overlapping periods of time, the service chief may approve both. Similarly, if the service chief receives requests from one Health Unit Coordinator, one Medical Records Technician, and one MAA for the same period of time, or overlapping periods of time, the service chief may approve all three, etc.).

6.      See Appendix E for suggested format.

**September 2012**                                    **VAHCS MEMORANDUM 516-12-05-001**
                                                          **Appendix B**

<u>**MEDICAL CERTIFICATION FOR SICK LEAVE**</u>

<u>**S A M P L E**</u>

<u>**MEMORANDUM**</u>

**Date:**
**From:**
**Subj:**     **Certification of Sick Leave**
**To:**

1.  VA Directive and Handbook 5011 states that when there is reason to believe that an employee is abusing his/her entitlement to sick leave, a medical certificate may be required for absence due to illness.  In the future each time you are absent from scheduled duty due to illness, you must secure a medical certificate. This certificate must be signed by a physician and must cover the period of your absence.  The certificate must be given to your immediate supervisor within <u>**fifteen calendar days**</u> after your return to duty from sick leave.

2.  You will be charged absence without leave (AWOL) for any absence in which you fail to comply with this requirement.

3.  Your record may be reviewed as early as six months and a determination made as to whether or not your usage of sick leave has improved sufficiently to warrant withdrawal of this requirement.  If the decision is made at that time to continue the requirement for medical certification, you will be notified, in writing, of that decision no later than six months after initial issuance.

(Signature of Supervisor)

Note:  For bargaining unit employees, see also the Master Agreement between the VA and the AFGE, Article 35, Section 5E.

B-1

September 2012                                    **VAHCS MEMORANDUM 516-12-05-1**
                                                                      **Appendix C**

## <u>WITHDRAWAL OF MEDICAL CERTIFICATION</u>

### <u>S A M P L E</u>

**<u>MEMORANDUM</u>**

**Date:**
**From:**
**Subj:**     **Removal of Sick Leave Certification Requirement**
**To:**

1.  Policy provides that memoranda requiring medical certification for any period of absence will be reviewed not later than the sixth month.  When such review indicates the medical certification requirement is no longer necessary it will be removed.

2.  Upon review of your attendance for the past six months, it has been determined that medical certification for a period of absence, three workdays or less, is no longer warranted.  The memorandum of requirement dated _____ is accordingly withdrawn.

3.  You are reminded that periods of absence in excess of three workdays still require medical certification.

(Signature of Supervisor)

C-1

**September 2012**                                                        **VAHCS MEMORANDUM 516-12-05-001**
**Appendix D**

## REQUEST FOR ADVANCED SICK/ANNUAL LEAVE

### S A M P L E

**MEMORANDUM**

**Date:**
**From:**
**Subj:**     **Request for Advanced Sick/Annual Leave**
**To:**        **Associate Director (001), Assistant Director (002), Chief of Staff (11), or Associate Director**
              **for Patient/Nursing Services (118), as appropriate**
**Thru:**     **Human Resources Officer (05)**
**Thru:**     **Service Chief**
**Thru:**     **Immediate Supervisor**

1.  Narrative request from the employee explaining the need for advanced sick/annual leave.

2.  I agree, if the advanced leave request is approved, to pay back the amount advanced through application of leave earned each pay period until the amount advanced is liquidated.  I further understand and agree that if I fail to pay back the leave advanced for any reason, the VA will withhold any monies owed me by the Government to recover my leave indebtedness or will take other actions as approved by law to recover the indebtedness.  (The pay rate applicable for advanced leave is that rate which was in effect at the time the advanced leave was taken.  Repayment will be in the gross amount.)

3.  It is my full intent to return to duty following the leave.

4.  I have/have not applied for the Voluntary Leave Transfer Program.  (If not, indicate why not.)

(Employee's Signature)

Appendixes -- Electronic Leave Request
              Medical Certification (if the request is for sick leave advance)
----------------------------------------------------------------------------------------------------------
Endorsement 1 (from Immediate Supervisor)
RECOMMEND APPROVAL/DISAPPROVAL:

_____          _____
            Signature                              Date
----------------------------------------------------------------------------------------------------------

D-1

**VAHCS MEMORANDUM 516-12-05-001**                                    **September 2012**
**Appendix D**

Endorsement 2 (from Service Chief)

RECOMMEND APPROVAL/DISAPPROVAL

Narrative justification for recommendation.  Include: most recent performance/proficiency rating summary;
award history for the past three years; length of service at this Healthcare System and the VA; current sick
and annual  leave  balances; a statement concerning the employee's past use of leave (e.g., any special or
unusual circumstances); whether or not the employee was advanced leave in the past (when, what kind,
amount, date of liquidations) and (if recommendation is for approval) what advantages will accrue to the
Healthcare System if approved.


_____          _____
Service Chief                                          Date

RECOMMEND APPROVAL/DISAPPROVAL:



_____          _____
Human Resources Officer                              Date

APPROVED/DISAPPROVED:


_____          _____
Associate Director                                          Date

**OR**


_____          _____
Assistant Director                                          Date

**OR**


_____          _____
Chief of Staff                                          Date

**OR**


_____          _____
Associate Director for Patient and Nursing Services               Date



D-2

September 2012                        **VAHCS MEMORANDUM 516-12-05-001**
                                      **Appendix E**

### REQUEST FOR AUTHORIZED ABSENCE

### S A M P L E

**MEMORANDUM**

**From:**
**Subj:**   **Request for Authorized Absence**
**To:**     **Associate Director, BPVAHCS, (001), Chief of Staff (11), or Associate Director for**
            **Patient and Nursing Services (118), as appropriate**
**Thru:**   **Human Resources Officer (05)**

1.     Authorized absence to attend (name of course, conference, convention, meeting, etc.,) sponsored by (name of organization) for the period (date) is requested for (employee's name, title).  Purpose of attendance is _____.  Attendance will benefit the VA by _____ (reason).  Brochure and/or agenda and copy of electronic leave request are attached.

2.     Employee has worked for the VHA since (date) on a full-time basis (if part-time, indicate scheduled hours).

3.     No funding other than salary is requested.

_____
Service Chief

RECOMMEND APPROVAL/DISAPPROVAL:


_____
Human Resources Officer

RECOMMEND APPROVAL/DISAPPROVAL:
                **OR**                **OR**              **OR**
_____    _____    _____    _____
Associate Director    Assistant Director    Chief of Staff    Assoc Director for Patient/Nursing Services

APPROVED/DISAPPROVED


_____
Healthcare System Director

NOTE:  If the authorized absence involves the acceptance of gifts and or donations in cash or in kind in connection with official travel, see VAHCS Memorandum 516-11-00-037, Compliance and Business Integrity Program, for policy and procedure

E-1

September 2012                                    **VAHCS MEMORANDUM 516-12-05-001**
                                                                            **Appendix F**

## VOLUNTARY LEAVE TRANSFER PROGRAM

1.  Under current law this program permits Federal employees to donate **ANNUAL** leave to other Federal employees who are experiencing a **medical emergency**.  A medical emergency is described as a medical condition of an employee or a family member of an employee that has required or is expected to require the employee's absence from duty without available paid leave for at least 24 hours (three calendar days for certain Title 38 employees and 14.5 hours for nurses on the Baylor Plan, or in the case of a part-time employee or an employee with an uncommon tour of duty, the average number of hours of work in the employee's biweekly scheduled tour of duty) and to result in a substantial loss of income to the employee because of the unavailability of sick or annual leave.

2.  Any employee who has experienced or is experiencing a medical emergency may request to become a participant in the leave transfer program by completing Optional Form 630, Leave Recipient Application, (available in either the public drive, VA Forms, or Bay Pines Home Page under HRMS, Forms), and attaching a medical certificate from a physician with regard to the specific medical emergency, including the projected return to duty date.  In the event that a potential recipient is not capable of making application on his or her own, a personal representative may be named to make application and to assist in donor identification.

3.  Written requests must be forwarded through applicable service chief and Human Resources Management Service, to the Director for action.  Applicants will be notified within ten (10) workdays of their eligibility to participate in the program.

4.  Approved participants are responsible for informing potential leave donors.  To do so, participants may solicit donors by word of mouth or through the use of a representative designated in writing.  In addition, HRMS will send a Postmaster message using Microsoft Outlook when requested by the participant.  Potential donors from other Federal agencies may be considered in accordance with the regulations governing the program.  Bulletin board and interoffice mail are not appropriate for donor solicitation.

5.  The donation of leave is entirely voluntary.  Employees may not donate leave to their immediate supervisor.  The minimum amount of annual leave that may be transferred is **four hours (one day for full-time physicians, optometrists, podiatrists, and dentists)**.  Employees who are interested in donating annual leave to a specific recipient must complete the Leave Transfer Authorization form (available in either:  Public drive, VA Forms or Bay Pines Internet Home Page under HRMS, Forms), and forward it to Human Resources Management Service.  Employees cannot donate to their immediate supervisor.  If an employee is projected to forfeit annual leave during a leave year the amount of leave they are donating may not exceed the number of hours remaining in the leave year for which they are scheduled to work.  The amount of annual leave that an employee is donating cannot exceed more than half the hours they will earn in a leave year.

F-1

**VAHCS MEMORANDUM 516-12-05-001**                          **September 2012**
**Appendix F**

6.   Annual leave donations will be transferred from the accounts of donors to the leave recipient's account. These leave donations will be used for the recipient's current leave charges and to liquidate any advance leave indebtedness associated with the medical emergency for which the advance was granted.  When the leave recipient's medical emergency ends, the remaining donated leave will be re-credited to donors on a prorated basis in accordance with OPM regulations and VA policy.  A medical emergency terminates when the recipient returns to duty or if the recipient/family member passes away.

7.  The leave recipient is responsible for notifying supervisory staff and HRMS concerning the date they return to duty.

8.  A leave recipient may use annual leave transferred to the recipient's annual leave account under this program only for the purpose of the medical emergency for which the leave recipient was approved.  Any annual or sick leave accrued or accumulated and available for use during the medical emergency must be exhausted before any transferred annual leave may be used.

Note:  For bargaining unit employees, see also the Master Agreement between the VA and the AFGE, Article 35, Section 15.

September 2012                                    **VAHCS MEMORANDUM 516-12-05-1**
                                                                    **Appendix G**

## FAMILY AND MEDICAL LEAVE ACT

1. **PURPOSE**:  To outline provisions of the Family and Medical Leave Act (FMLA) (Public Law 103-3).

2. **ENTITLEMENT**:  Sections 6381 through 6387 of Title 5 USC, as added by Title II of the Family and Medical Leave Act (FMLA) of 1993, provides covered Federal employees with ENTITLEMENT to 12 work-weeks of unpaid leave during any 12-month period for the following purposes:

   a. The birth of a son or daughter of the employee and the care of such a son or daughter.

   b. The placement of a son or daughter with the employee for adoption or foster care.

   c. The care of a spouse, son, daughter, or parent of the employee who has a serious health condition.

   d. A serious health condition of the employee that makes the employee unable to perform the essential functions of his/her position.

3. **ENTITLEMENT CIRCUMSTANCES**

   a. An employee is expected to take only the amount of Family and Medical Leave necessary to manage the circumstances that prompted the need for this leave.

   b. The 12-month period referred to above begins on the date an employee first takes leave for a family or medical need for reasons specified in paragraph 2a-d and continues for 12 months.  An employee is not entitled to 12 additional work-weeks of leave until the previous 12-month period ends and an event or situation occurs that entitles the employee to another period.

4. **ELIGIBILITY**:  Family and Medical Leave is available to full-time and part-time Title 5 and Title 38 employees in direct proportion to the number of hours in the employee's regularly scheduled administrative work-week.  Those employees serving under a temporary appointment with a time limitation of one year or less or as an intermittent employee are not eligible.

5. **LEAVE ADMINISTRATION**

   a. Under normal circumstances, leave taken under the FMLA shall be **leave without pay**.  Within applicable laws and regulations, an employee has the option of substituting other forms of paid leave for some or all of the leave without pay charged.  Prior to any substitutions being made, the supervisor must be notified by the employee of their intent to do so.  For specific information concerning the types of paid leave and the amounts that may be substituted, please contact Human Resources.

G-1

b. When at all possible, employees are encouraged to provide notice to their supervisor of their intention to invoke entitlement to Family and Medical Leave not less than 30 calendar days before the date the leave is to begin.  Management recognizes that this may not always be possible.  In the event that the need for leave is not foreseeable due to circumstances beyond his/her control, the employee will receive provisional approval pending completion of all required documentation. An employee may retroactively invoke their entitlement to Family and Medical Leave based upon the following qualifiers:  (1) the employee must make the request within two workdays after returning to duty; (2) the employee must submit written medical certification from a health care provider showing that the employee was mentally or physically incapable of invoking his or her entitlement during the entire period of absence from work for a FMLA-qualifying purpose and (3) the employee must provide documentation acceptable to the agency explaining the inability of his/her personal representative to contact the agency and invoke the employee's entitlement to FMLA leave during the entire period he or she was absent from work for a FMLA-qualifying purpose.

6.  **APPLICATION PROCEDURES**:  To invoke entitlement to this program the employee must submit a complete application (available on the public drive, VA Forms or the Bay Pines Home Page under HRMS, Forms), a copy of their electronic leave request, and any clarifying information the employee wishes to submit.  As indicated above, this is an entitlement program and if acceptable evidence is provided (i.e. the criteria in paragraph 2 is met, the circumstances in paragraph 3 are met, and the applicant submits a properly completed application), approval must be granted.  Supervisory staff are required to maintain accurate records on the use of FMLA leave through annotation of timecards.

7.  **PROTECTION OF EMPLOYMENT AND BENEFITS**:

a.  Upon return to duty, any employee who takes leave under the FMLA shall be entitled to be returned to:

(1)  the same position held by the employee when the leave commenced, or

(2)  an equivalent position with equivalent benefits, pay, status, or other terms and conditions of employment.  At a minimum this includes an equivalent position in the same commuting area with the same or substantially similar duties and responsibilities entailing substantially equivalent skill, effort, responsibility and authority, and equivalent grade or pay level, including any applicable interim geographic adjustments, locality-based comparability payments or special salary rates.

b.  An employee enrolled in a health benefits plan under the Federal Employees Health Benefits Program (FEHBP) who is placed in a leave without pay status as a result of entitlement to leave under this program, may continue his/her health benefits enrollment while in the leave without pay status. Arrangements to pay the appropriate employee contributions into the Employees Health Benefits Fund, consistent with 5 CFR 890.502, must be made when invoking entitlement to this program by contacting Payroll Section.

Note:  For Bargaining unit employees, see also the Master Agreement between the VA and the AFGE, Article 35, Section 16.

G-2

Case 8:20-cv-02825-MSS-CPT   Document 71-2   Filed 08/19/22   Page 82 of 84 PageID 1081

### LEAVE WITHOUT PAY (LWOP) FOR FAMILY SUPPORT PURPOSES

1. This is sometimes referred to as Expanded FMLA but is not based on the authority of the Family and Medical Leave Act (FMLA) of 1993. Therefore, this LWOP is not counted towards the 12-week FMLA entitlement authorized in 5 U.S.C. 6382. Employees are not required to complete at least 12 months of Federal service to be eligible for this LWOP. The granting of this LWOP shall be a matter of administrative discretion. Annual and sick leave cannot be substituted for this LWOP. Annual leave donated under the Voluntary Leave Transfer Program cannot be substituted to this LWOP.

   a. LWOP for family support purposes may be used for any of the following family members: spouse, and parents thereof; sons and daughters, and spouses thereof; parents, and spouses thereof; brothers and sisters, and spouses thereof; grandparents and grandchildren, and spouses thereof; domestic partner and parents thereof, including domestic partners of sons and daughters and spouses thereof; parents, and spouses thereof; brothers and sisters, and spouses thereof; and grandparents and grandchildren, and spouses thereof; and any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

   b. Up to 24 hours (3 days) of leave without pay (LWOP) may be granted to employees for the following family support purposes:

      (1) To participate in school activities directly related to the educational advancement of their child;

      (2) To accompany their children to routine medical or dental appointments, such as annual checkups and vaccinations; and

      (3) To accompany their elderly relatives to routine medical or dental appointments or other professional services related to the care of the elderly relative, such as making arrangements for housing, meals, telephones, banking services, and other similar activities.

   c. Full-time employees who are charged leave on a daily basis may be granted up to 3 days of LWOP for family support purposes each leave year. Full-time employees who are charged leave on an hourly basis may be granted up to 24 hours of LWOP each leave year. Part-time employees may be granted LWOP in direct proportion to their regularly scheduled number of hours to the 24-hour limitation each leave year.

   d. Employees may be required to provide administratively acceptable documentation related directly to requests for LWOP for family support purposes, including medical certification, as appropriate.

2. Under the Family Friendly Leave Act (FFLA), Title 5 and Title 38 employees are authorized to use sick leave (general family care leave) for (a) receipt of medical, dental, or optical examination or treatment; or (b) incapacitation for the performance of duties by physical or mental illness, injury, pregnancy, or childbirth; or (c) providing care for a family member as a result of physical or mental illness, injury, pregnancy, childbirth or medical, dental, or optical examination or treatment; or

H-1

 (d) making arrangements necessitated by the death of a family member or attend the funeral of a family member; or (e) when, as determined by the health authorities having jurisdiction or by a health care provider, to jeopardize the health of others by his or her presence on the job because of exposure to a communicable disease; or (f) adoption.

   a.  In addition, FFLA entitles employees who serve as bone-marrow donors to use 7 days of Administrative Leave and those that serve as organ donors to use 30 days of Administrative Leave.

   b.  Any leave used for FFLA must be identified as such in the remarks section of the electronic leave request and, if in excess of three days, must be supported by a physician's statement at the time the leave is requested.

3.  The definition of "family member" includes the following relatives of the employee:  spouse and parents thereof; children, including adopted children and spouses thereof; parents; brothers and sisters, and spouses thereof; and any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

4.  Part-time employees or employees with an uncommon tour of duty are limited by either the number of hours accrued by that employee during the leave year or by an amount equal to twice the average number of hours of work in the employee's scheduled tour of duty each week. (EXAMPLE: A part-time employee who is scheduled to work 20 hours per week would accrue 52 hours of sick leave per leave year.  If their leave balances are greater than twice the number of hours they work in a week, they would be limited to 20 hours.)

September 2012                                      **VAHCS MEMORANDUM 516-12-05-001**
                                                                              **Appendix I**

## SICK LEAVE TO CARE FOR A FAMILY MEMBER WITH
## A SERIOUS HEALTH CONDITION

1. An employee may use up to 480 hours (12 administrative workweeks) of sick leave each leave year to care for a family member with a serious health condition subject to the following limitations:

   a.  If an employee previously has used any portion of the 104 hours (13 workdays) of sick leave for general family care or bereavement purposes in a leave year, that amount must be subtracted from the 480 hours (12 administrative workweeks) entitlement.

   b.  If an employee has already used 480 hours (12 administrative workweeks) of sick leave to care for a family member with a serious health condition, he or she cannot use an additional 104 hours (13 workdays) in the same leave year for general family care or bereavement purposes.

   c.  Part-time employees and employees on uncommon tours of duty may take up to the amount of sick leave equal to 12 times the average number of hours in their scheduled tour of duty each week during the leave year, subject to the following limitations:

      (1)  If an employee has previously used any portion of sick leave for general family care or bereavement purposes, that amount must be subtracted from the total available hours.

2.  Family Member means the following relatives of the employee:

   (a)  Sons and daughters, and parents thereof;

   (b)  Children, including adopted children, and spouses thereof;

   (c)  Parents, and spouses thereof;

   (d)  Brothers and sisters, and spouses thereof;

   (e)  Grandparents and grandchildren, and spouses thereof;

   (f)  Domestic partner and parents thereof, including domestic partners of any individual in paragraphs (b) through (e) of this definition; and

   (g)  Any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

I-1