UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NORIS BABB**
  **Plaintiff,**
v.             Case No.: 8:20-cv-2825-MSS-CPT

**DENIS McDONOUGH, Secretary,**
**DEPARTMENT OF VETERANS AFFAIRS,**
  **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF FILING**

  Plaintiff, Noris Babb, is filing a declaration, Exhibit 12, which was inadvertently omitted when she filed her Response (Dkt. 72) to the Motion for Summary Judgment (Dkt. 71).

              Respectfully submitted,

              */s/ Joseph D. Magri*
              Joseph D. Magri
              Merkle & Magri, P.A.
              Florida Bar No. 0814490
              5601 Mariner Street, Suite 400
              Tampa, FL 33609
              Telephone: 813-281-9000
              Facsimile: 813-281-2223
              Email: jmagri@merklemagri.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 15, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger B. Handberg
United States Attorney
Mamie V. Wise
Assistant United States Attorney
Florida Bar No. 65570
Michael Kenneth
Florida Bar No.: 44341
Assistant United States Attorney
400 North Tampa St., Ste. 3200
Tampa, Florida 33602
Tel: 813/274-6000
Fax: 813/274-6198
Email: mamie.wise@usdoj.gov
Email: michael.kenneth@usdoj.gov
Attorney for Defendant

*/s/ Joseph D. Magri*
Joseph D. Magri