STATE OF FLORIDA
COUNTY OF PINELLAS

## DECLARATION OF ANGELA MERKLE

Pursuant to 28 U.S.C. § 1746, I, Angela Merkle, declare the following facts are true and correct:

1. I am a resident of Pinellas County, Florida. I have been employed as a Legal Assistant/Paralegal at Merkle & Magri, P.A. since 1996.

2. I contacted Marecia Bell and Dennis McLain in order to obtain declarations from them regarding administrative or court leave (AA) they requested and received for their attendance at depositions in their federal court cases.

3. Marecia Bell provided not only her declaration, but also the documents attached to it which reflect the emails to and from her supervisor regarding the requested leave.

4. Dennis McLain responded with his declaration.

5. When questions arose as to how many days of AA Mr. McLain received, I reviewed the deposition transcripts and trial minutes to determine those numbers.

6. This information forms the basis for the Bell and McLain portions of Paragraph 7 of the RMSJ.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct to the best of my knowledge and belief.

_Angela Merkle_
Angela Merkle
Date: 9/15/2022

EXHIBIT 12