UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORIS BABB,

        Plaintiff,

v.

DENIS MCDONOUGH,
SECRETARY, DEPARTMENT OF
VETERANS AFFAIRS,

        Defendant.

Case No. 8:20-cv-2825-MSS-CPT

## STIPULATION OF AGREED MATERIAL FACTS

The Parties jointly filed this Statement of Agreed Material Facts in conjunction with the Defendant's Motion for Summary Judgment (Dkt. 71), consistent with the Court's Amended Case Management Order (Dkt. 33 at 6-7).

### Background

1. Plaintiff Noris D. Babb was employed as a Pharmacist by the Department of Veterans Affairs at Bay Pines. Complaint of Employment Discrimination.

2. In EEO proceedings between 2012 and 2014, Plaintiff presented statements or gave testimony to support discrimination allegations made by VA employees Drs. Anita Truitt and Donna Trask.

3. Plaintiff also filed her own EEO action alleging, among other things, that she was retaliated against for that protected activity. She filed a complaint in federal court in 2014 and that case is still pending. *See* Case No. 8:14-cv-01732-VMC-TBM.

4. During discovery in that case, Plaintiff gave a deposition and received AA.

5. On February 3, 2016, Plaintiff emailed Carolyn Combs to request leave for February 16, 18, and 19 to attend other witnesses' depositions.

6. Dr. Combs replied that she was waiting for guidance on what type of leave could be granted. Dr. Combs asked Plaintiff whether she was required to attend the depositions. Plaintiff was unsure.

7. Dr. Combs was the clinical pharmacy supervisor at the time.

8. Dr. Combs first became a supervisor in June 2015, less than a year before Plaintiff's request.

9. Dr. Wilson testified that he was the one who contacted regional counsel with that question in response to Dr. Combs's email.

10. Ms. Tanya Burton has been a staff attorney at the Office of General Counsel for the Bay Pines VA Health Care System since 2007.

11. On February 5, 2016, Dr. Gary Wilson responded to Dr. Combs's email and said that per regional counsel, the type of leave to be submitted was annual leave not AA.

12. On February 5, 2016, Dr. Combs replied to Plaintiff saying she had received guidance from the VA and the type of leave to use for February 16, 18, and 19 was

annual leave. Dr. Combs told Plaintiff if she entered the leave requests, then Dr. Combs would approve them.

13. Plaintiff entered the leave requests for annual leave.

### Authorized absences granted or denied others

14. After filing her federal complaint, Plaintiff sought discovery regarding other plaintiffs involved in federal litigation in particular. Many federal court plaintiffs did not receive AA to attend depositions, but, unless noted here, there is no evidence showing that any of those plaintiffs whose records were reviewed requested it.[1]

15. Ms. Burton is physically located at the Bay Pines VA.

16. Two of the four Plaintiffs in *Cote, et al. v. Peake* received AA to attend depositions taken by their counsel.

17. Pamela Trimble, the plaintiff in *Trimble v. Shinseki*, 8:13-cv-0548-T-35TBM was given AA to attend depositions during the federal court proceedings.

18. Ms. Burton was agency counsel for Ms. Trimble's case.

19. Roula Baroudi, the plaintiff in 8:11-cv-2587 and 8:14-cv-1099, was granted AA to attend depositions taken by her counsel.

20. Ms. Burton believes she was agency counsel on both Ms. Baroudi's cases.

---

[1] For example, the plaintiffs in *Atkinson v. Sec'y*, No. 8:10-cv-1482-35TBM, do not appear to have attended any depositions in that case besides their own but the Defendant has no reason to believe they made requests that were denied.

21. Mary Mells, the plaintiff in *Mells v. Shinseki,* 8:13-cv-3214, was granted AA to attend depositions taken by her counsel.

22. Ms. Burton was agency counsel for Ms. Mells's case.

23. Kristine Body, the plaintiff in 8:13-cv-1215-VMC-TGW, was granted AA to attend depositions taken by her counsel.

24. Ms. Burton was agency counsel on Ms. Body's case.

25. Between June 20 and July 3, 2014, Dr. Donna Trask and Dr. Anita Truitt, the plaintiffs in 8:13-cv-00536-MSS-TBM, received AA to attend 7 days of depositions being taken by their counsel Mr. Magri.

26. Ms. Burton was assigned to Dr. Trask and Dr. Truitt's case.

27. Dr. Wilson testified that he believed he was aware during Dr. Trask and Dr. Truitt's case that they had received AA numerous times to attend depositions. He was not their first-line supervisor.

28. In February 2015, Drs. Trask and Truitt requested AA to attend a deposition the court permitted after the close of discovery for a witness about to be deployed to Afghanistan.

29. After the instant case was filed, Rosa Sly, the plaintiff in *Sly v. Wilkie*, 8:17-cv-1868, was denied AA to attend depositions.

**Plaintiff's EEO Complaint**

30. On March 22, 2016, Plaintiff contacted an EEO counselor.

31. On April 27, 2016, Plaintiff filed a formal complaint of discrimination.

## Other EEO Plaintiffs in Florida federal court cases

32. Terrill Byrd, a plaintiff in the Northern District of Florida, took AA over four days in 2015 to observe depositions.

33. Karen Johnson, a plaintiff in the Northern District of Florida, took AA over three days in 2017 for "meeting with attorney/depositions."

34. Matthew Dewein, a plaintiff in the Northern District, took AL over three days in 2017 to attend depositions.

35. Leonard Briscoe, a plaintiff in the Middle District in Orlando, had AA that was converted to AL for one day in 2017. His time and leave records note "AL was to be used. Not AA. Supervisor advised."

36. Renee Momon-Ugwu, a plaintiff in the Southern District of Florida, took AL for her own deposition in 2013.

37. Eyvette Hutchinson, a plaintiff in the Middle District in Orlando, took AL on the day of her own deposition.

38. The Agency denied Babb AA to attend depositions. She took three days of annual leave. It cost her approximately $1500.00.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Mamie V. Wise*
MAMIE V. WISE
Assistant United States Attorney
Florida Bar No. 65570
MICHAEL R. KENNETH
Assistant United States Attorney
Florida Bar No. 0044341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274-6200
E-mail: mamie.wise@usdoj.gov
michael.kenneth@usdoj.gov

*/s/ Joseph D. Magri*
Joseph D. Magri
Florida Bar No. 0814490
Merkle & Magri, P.A.
5601 Mariner Street, Suite 400
Tampa, FL 33609
Telephone: 813-281-9000
Facsimile: 813-281-2223
Email: jmagri@merklemagri.com

## CERTIFICATE OF SERVICE

I certify that on October 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve all registered users in this case.

*/s/Mamie V. Wise*
MAMIE V. WISE
Assistant United States Attorney